(Rev. 4/97)



FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

FILED
FEB 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ronald D. Raparato
(Enter above the full name of the plaintiff in this action)

V.

J. T. Seacord et al.,
Sgt. John Doe
Capt. C. Seacord
(Enter above the full name of the defendant(s) in this action
Dep. Warden Pearce
Warden T. Carroll
Com. of Corr. S. Taylor
Brian Engrem
Sgt. F. Koomka

CA No. 05 - 133

Imminant Danger
Exceptions Case

I.   Previous lawsuits

A.   Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
YES [✓]   NO [ ]

B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.   Parties to this previous lawsuit

Plaintiffs Numerous

Defendants Numerous

2. Court (if federal court, name the district; if state court, name the county) D. Del. 3rd Cir.

3. Docket number Pending Numerous

4. Name of judge to whom case was assigned Numerous

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Numerous

6. Approximate date of filing lawsuit N/A Numerous

7. Approximate date of disposition N/A Numerous

II.  A. Is there a prisoner grievance procedure in this institution? Yes [✓] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [✓] No [ ]

C. If your answer is YES,

1. What steps did you take? No Answer

2. What was the result? No Reply

D. If your answer is NO, explain why not N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [✓] No [ ]

F. If your answer is YES,

1. What steps did you take? Reported to Defendants filed Affidavits/Grievances/Stipes

2. What was the result? Nothing.

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff __Ronald R. Foster Jr. #00163750__

Address __1181 Paddock Rd Smyrna DE 19977969__

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant __T.G. Seacord__ is employed as __Build. T. SHU DCC-Smy__ at __1181 Paddock Rd Smy DE 19977__

C. Additional Defendants __All Addition list in Heading Employed at DCC-Smy Add.*__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

On and since 1-17-02 and most recent since 9-9-05 I have been subjected to imminant danger incid-ents in direct violation of Superior Cout No Contact orders of Jim Robert Ashley and Wayne Thomas who both have assualted me durning these time periods

* With the exception of Gram, Stan Taylor 245 McKee Rd. Dover DE 19904

-3-

All Defendants have become aware of and failed to act or prevent incidents of assault against my person by the direct failure to prevent act etc. Even after numerous grievances*, affidavits* etc. (See Exhibit "A"). The underlining bases of these allegation are contained in the record res ispi jicouiri De Novo and Superior Court (Court Orders) Sentence Orders) to show failure to act or prevent.

Plaintiff has as a result of these documented incidents incurred personal injuries, emotional distress, pecuniary loss of personal property and loss of consortium and ability to protect his person. To everyday acts of spit, shit, piss, banging on cell steal throughout nights, mental anguish etc (All Documented In Psy. Services.)

(2)

* Dates, Time periods Exhibits have been attached here to show an on-going pattern of denial to act. Dates and filings can be established through Discovery and Interrogatories. Subpoenas of Im Records and Grievance Records.

#052(K)
Sgt.F.Seacord etc...

February 10, 2005

COPY

S/A Rispoli, via E. Burris
SHU. DCC-Smy.

Re: Imminent Danger and Violations of Courts orders)

Dear Rispoli,

Sgt. Conley, Sgt. F. Seacord; Capt. C. Sepres; Lupinetti I.A. and I.A. Bri. Jerry McGuigan and Now you, Betty. All are aware that.

1.) I/m Wayne Thomas should of never been put into SHU Bld #19. As he has a Court order of 'No' Contact with me. This was from an assault case against him at MPCJF. in AP.M., I attempted to contact the Courts but you fool Brian Engram took the letter. (or.5U.filed.)

2.) Both I/m Thomas and Robert Ashley have No Contact orders. And last year I was removed from Bld #17 where they were housed (Both in Bld #17) me in Bld #19.(see Jerry McGuigan) Just ask Clyde Seppes. or Seacord!

3.) The Computer only has DCC-Smyrna 'No' Contacts., My 'No' Contacts on Thomas came at MPCJF. and his Sentencing order!

<u>Exhibit "A"</u>

#052(k)        2-10-05        Sgt. Rizzolli, Vin E. Bereis
Jt. Seaford etal.,

4.) "No Contact Order" and "Direct" Attempted Assault Order on Robert Ashley - (Against me) When, I did disclose to Cpt. George Martino IA, Jerry McGuiggian and Det. Morris D.S.O. (I have Transcript of Statement/Interview 10-12-96) I disclosed the Whereabouts of The Weapon used to kill the I/m in old Max! Via: MR.STF. I stated

"He Would get The Weapon Were it Could be Recovered Again"

The Weapon, was found, In A Box, That was Held As Property!

Cpt. J. Belanger And Lt. M. Welcome and As Cpt. C. Seegers Put me Into 18(c) Isolation From Buld #17 As I Was discovered Someone Put me in Same Unit As I/m Thomas And I/m Ashley Buld #17 And I Was Moved per Lt. J. McGuggian To Buld #19 on 9-7-05 I/m Wayne Thomas Was Put into ACUI Next to me. Lt. F. Seaford was told

(2)

#(OS2K)
Lt. F. Seacord et al.                2-10-05                    Sgt. R.Julli
                                                                 c/o S. Burris

That moment NO Contact Order Prevented his Placement in Same Building As me! 19DU2 Lt. F. Seacord Said....

It don't matter You won't have, have Any Contact w/ Him. So go lock in ........

Sgt/Lt. I Filed An Affidavit on Incident And Since 9-7-05 I have Been Subjected to:

*1.) Direct Threats of Serious Bodily Injury By I/m Thomas in The Presence of Sgt. Conley

*2.) Direct Piss And Shit Incidents Reported by Me to Staff Sgt. Conley, Sgt Thomas I.A. Richardson And Grievance JC S. Burris.

3.) Direct And Numerious Incidents of 1.) And 2.)

I do hereby Request That The Dcc-Smyrna Computer Show "NO" Contact Order(s) And I/m Wayne Thomas Is Removed From Bukl. #19. Back to Bukl.

(3)

*These Incidents of Threats Are Well Known. Documented And On-going Now Since 9-7-05.

#17. I am filing a Mandamus in Superior Court and a 42 U.S.C. §1983 w/ Emer. Injnr. Order to Show.

1.) Prior Knowledge of "Imminent Danger" (Court orders Respondant Superior)

2.) Retaliatory Nexus of C/O's Traller (Shove) C/O Propes C/O Kichens for Retaliatory Acts and false disciplinary Reports for Reporting Imminent Danger Incidents to E. Burris.

3.) Failure to Protect or Prevent Incidents (Total 25 since 9-7-04)

4.) Failure to document Incidents against my Person.

I will file all on or before 2-15-05 and Proceed Against All State Entities Who have acted outside their Job Performance Requirements*

Thankyou for your Time in the Manner Herein.

Sincerely Yours,

X _____

* 10 Del.C. § 4001 - 4010

f/i/l Ronald E. Barchate
00163750 19Dec2 SHU
115 Paddock Rd
Smyrna, DE 19977-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

Damages from each (Defendants) listed in the amount out-side State Immunity 10 Del.C. § 1000-100 in the amount of $10,000.00 each Defendant and 1.5 million from the State of Delaware.

Signed this __2__ day of __10__, 20__05__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__2-10-05__                                   _____
Date                                          ( Signature of Plaintiff)

-4-