May 6, 2005

Clerk U.S. Dist Ct.

Please Send me 285 Marshall forms so I can Institute Service on all Defendants. Send me 10 285's.

Thankyou,

_____
Ronald Proctor
Plaintiff Pro Se

FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I Also Request the Court to file original Pleadings w/ Court Based on Illegal Conduct of Party B. Engrem Def. in this Action who Refuses to Send me Anything I Request from you Jo Since 2-3-05.

I Ask the Court to Allow me to file originals w/ Clerks office. I will be filing a TRO. in Next 10 days.

x_____
Ronald Proctor Jr
Plaintiff Pro Se.

SWVCBV Leads "Letter"
RON PROCTOR II  K63750  INAU5
1181 PADDOCK RD #
SMYRNA DE 19977-9679

OFFICIAL BUSINESS



Legal Mail

13833+0018

To: Clerk
U.S. Di
844 King
Lock
Wilm