IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 05-133-JJF |
| LT. F. SEACORD, SGT. JOHN DOE, CAPT. C. SEGARS, DEP. WARDEN PEARCE, WARDEN T. CARROLL, COM. OF CORR. S. TAYLOR, BRIAN ENGREM, LAW LIB S/LT., and CPT. F. KROMKA, | ) |
| Defendants. | ) |



**AUTHORIZATION**

I, Ronald E. Proctor, Jr., request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _4-13-05_, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _MAY 6, 2005_, 2005.

Ronald E. Proctor, Jr.

SWVCBV Leads "Letter"
RON PROCTOR II
1181 PADDOCK RD #
SMYRNA DE 19977-9679

OFFICIAL BUSINESS





To: Clerk
U.S. Di
844 King
dock
Wilm