AO 85 (Rev. 8/98) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

# UNITED STATES DISTRICT COURT
### District of DELAWARE

R. Proctor,
Plaintiff

v.

T.F. Seacord et al.,
Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 05-133-JJF



FILED
MAY 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## RECEIPT FOR
## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE
## JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF AO FORM 85 (NOTICE, CONSENT, AND ORDER OF REFERENCE - EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE)

5-6-05
DATE

X [signature]
SIGNATURE