IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
RONALD E. PROCTOR, JR.,        )
                               )
       Plaintiff,              )
                               )
       v.                      )  Civil Action No. 05-133-JJF
                               )
LT. F. SEACORD, et al.,        )
                               )
       Defendants.             )
```

### ORDER

WHEREAS, Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on August 22, 2005, the Court entered an order requiring Plaintiff to complete and return USM-285 forms for each Defendant, informing Plaintiff that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 7);

WHEREAS, to date, the required USM-285 form for Defendant Jon Jib has not been received from Plaintiff;

THEREFORE, at Wilmington this 6 day of January, 2006, IT IS HEREBY ORDERED that Defendant Jon Jib is DISMISSED WITHOUT

PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

                                                  */s/ Joseph J. Farnan, Jr.*
                                                  United States District Judge

Case 1:05-cv-00133-JJF   Document 8   Filed 01/06/2006   Page 2 of 2