**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Ronald E Proctor Jr | COURT CASE NUMBER: 05-133JJF |
| DEFENDANT: Capt. Clyde Segars | TYPE OF PROCESS: Civil 1983 |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

1181 Paddock Rd Smyrna Delaware

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) 19977-9679

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Ronald E. Proctor Jr 163150
1181 Paddock Rd 17AUS
Smyrna, Delaware 19977-9679

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Works DCC-Smyrna SHU.
Unless he's hiding in office in MHU.

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: N/A
DATE: 9-1-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)

Signature of Authorized USMS Deputy or Clerk: BP
Date: 1-18-06

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

FILED
MAR - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date of Service: 2/28/06
Signature of U.S. Marshal or Deputy

REMARKS:

Retired - no forward info available
Ret. unexecuted

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)