### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Lisa Barchi on behalf of Defendants Stanley Taylor, Thomas Carroll, David Pierce, Thomas Seacord, Francis Kromka, and Brian Engrem. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Deputy Attorney General
        Department of Justice
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Dated: March 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on March 15, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ronald Proctor
SBI # 163750
Sussex Community Correctional Center
23207 DuPont Blvd.
Georgetown, DE 19947

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Case 1:05-cv-00133-JJF     Document 17     Filed 03/15/2006     Page 3 of 3