IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION TO DISMISS/SUMMARY JUDGMENT**

COME NOW, Defendants, Stanley Taylor, Thomas Carroll, David Pierce, Thomas Seacord, Francis Kromka, and Brian Engrem by and through undersigned counsel, and hereby respectfully request that this Honorable Court enter an Order, pursuant to Rules 12 (b)(6) and 56 of the Federal Rules of Civil Procedure, dismissing with prejudice all claims against the defendants. In support of their motion to dismiss/summary judgment, Defendants have filed simultaneously herewith a memorandum of points and authorities demonstrating the requested relief.

WHEREFORE, Defendants respectfully requests that this Honorable Court enter an Order dismissing Plaintiff's claims with prejudice.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi
Lisa Barchi  #3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400

lisa.barchi@state.de.us

Attorney for State Defendants

DATE: March 15, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, 2006, the Motion to Dismiss filed by Defendants in the above-captioned matter having been duly considered, and any opposition thereto,

IT IS ORDERED that the Motion to Dismiss is granted and that judgment is hereby entered in favor of the movant and against the Plaintiff.

_____
The Honorable Joseph J. Farnan, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed *Motion to Dismiss* with the Clerk of Court using CM/ECF. I hereby certify that on March 15, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Ronald Proctor
SBI # 163750
Sussex Community Correctional Center
23207 DuPont Blvd.
Georgetwon, DE 19947

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us