## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, Jr.,<br>    Petitioner,<br><br>v.<br><br>STANLEY TAYLOR, E. BURRIS,<br>J.T. SEACORD, SGT. JOHN DOE,<br>C/O KITCHEN, REBECCA MCBRIDE,<br>and M. JANE BRADY<br>    Respondents. | )<br>)<br>)<br>)<br>)   No. 67, 2006<br>)<br>)   Superior Court C.A. No. 05M-04-19-CLS<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF KEVIN FLETCHER

I, Kevin Fletcher, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as a Records Clerk. I have been employed by the Department of Correction for five years. My duties include calculating inmate sentences, preparing inmate release documents, and the general maintenance of the inmate's institutional file. I have held this position since May 01, 2001. Currently I am the Acting Records Supervisor at the DCC.

2. Inmate Ronald Proctor completed his level 5 incarceration sentence at the Delaware Correctional Center on Friday, February 17, 2006. On February 17, 2006 Proctor was transferred to the Central Violation of Probation Center ("CVOP") near Smyrna. On Tuesday, February 21, 2006, inmate Proctor was transferred from the CVOP near Smyrna, to the Sussex County Work Release Center near Georgetown, Delaware.

3. Inmate Proctor's maximum eligibility date for release is August 16, 2006.

4. Inmate Wayne Thomas is currently incarcerated at the DCC in Smyrna, Delaware. His Level 5 sentence will expire on May 21, 2007. Inmate Thomas will begin serving his Level 4

Home Confinement sentence on May 21, 2007. Inmate Thomas does not have a Level 4 work release sentence to serve. Upon completion of his Level 5 sentence inmate Thomas will be released to his Level 4 Home Confinement sentence.

5. Inmate Thomas will not start his Level 4 Home Confinement sentence until Ronald Proctor has been released from the custody of the Department of Correction.

6. Inmate Robert Ashley is currently serving a natural life sentence at the DCC and is not eligible for release from incarceration.

7. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Kevin Fletcher

SWORN TO AND SUBSCRIBED BEFORE ME THIS 23 DAY OF FEB, 2006.

_____
NOTARY