| DATE: | ROBERT ASHLEY 230838 | WAYNE THOMAS 191611 | RONALD PROCTOR 163750 |
|---|---|---|---|
| JAN 17 2002 | | | T- SCI - SH18 CL12 |
| JAN 29 2002 | | | SH18 CL12 - SH19 CL12 |
| FEB 12 2002 | | SH17 CL1 - SH18 CL3 | |
| MARCH 27 2002 | | SH18 CU8 - SH19 AU4 | |
| AUG 6 2002 | | | SH19 CL12 - SH18 DL3 |
| SEP 19 2002 | | | SH18 CL10 - SH17 AL9 |
| OCT 13 2002 | | SH19 AU4 - SH17 BU7 | |
| NOV 12 2002 | | | SH17 AL9 - SH18 CL3 |
| FEB 6 2003 | | SH18 CL5 - SH17 AL12 | |
| MARCH 3 2003 | | SH17 CL12 - SH18 CL4 | |
| MARCH 5 2003 | | | SH19 BL7 - SH17 BL7 |
| MARCH 6 2003 | | SH18 CL4 - DINF 187 | |
| MARCH 7 2003 | | DINF 187 - SH18 CL4 | |
| MARCH 17 2003 | | SH18 CL4 - SH18 CU9 | |
| MARCH 25 2003 | | SH18 CU9 - SH17 AU6 | |
| JULY 28 2003 | | | SH17 BL7 - SH18 CU6 |
| JULY 31 2003 | | | SH18 CU6 - SH19 DU3 |
| JAN 4 2004 | SH17 DL1 - DINF 187 | | |
| APRIL 22 2004 | SH18 CL3 - SH18 CU5 | | |
| MAY 10 2004 | | | SH19 DU3 - MH21 CU10B |
| MAY 12 2004 | SH18 CU5 - SH17 CL5 | | |
| MAY 22 2004 | SH17 CL5 - SH18 CL7 | | |
| MAY 22 2004 | SH18 CL7 - DINF 191 | | |
| MAY 28 2004 | | | MH21 CL6 - DINF 238 |
| JUNE 2 2004 | | | DINF 238 - MH21 CL6B |
| JUNE 6 2004 | SH19 DL6 - SH17 CL4 | | |
| JUNE 25 2004 | | SH18 CU4 - SH19 CU5 | |
| AUG 10 2004 | | DINF 196 - MH21 AL9B | |
| AUG 21 2004 | | DINF 196 - DINF 194 | |
| AUG 23 2004 | | DINF - SH18 CL5 | |
| AUG 24 2004 | | SH18 CL5 - SH19 DU1 | |
| SEP 7 2004 | | | MH21 CL6B - SH19 DU2 |
| APRIL 5 2004 | | | SH19 DU2 - SH17 AU5 |

PAGE 02/34   WARDEN OFFICE DCC   3026532855   08/16/2005 13:09