IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DEPUTY WARDEN PIERCE

I, Deputy Warden David Pierce, having been duly sworn according to the law do hereby depose and state as follows:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Deputy Warden. I have been employed by the Department of Correction for 10 years. My duties include the supervision of the management of the Secure Housing Unit ("SHU") as well as the development and implementation of policy and procedure for that housing unit. I have held this position since October 3, 2004.

2. I have read Plaintiff's Complaint and I dispute the allegations contained therein.

3. In response to a request from the State of Delaware Department of Justice, I have been asked to describe the security in the SHU and what, if any, physical contact is allowed among inmates.

4. In the SHU all inmates are housed in single cells. Inmates in the SHU do not interact

with other inmates. The inmates are handcuffed and escorted when outside of their cells. Inmates in the SHU eat all of their meals in their cells. Each inmate has recreation time alone, in a secure area. There is no physical contact between inmates in the SHU.

5. Ronald Proctor, Wayne Thomas and Robert Ashley were housed in separate, single cells.

6. Plaintiff and inmate Wayne Thomas were housed for approximately seven months in the same building in the SHU. On April 5, 2005, approximately a month after filing his Complaint, Plaintiff was moved to another building, and no longer in proximity to Wayne Thomas. Plaintiff and Robert Ashley, while housed in the same building for a period of time, were never in close proximity to each other.

7. At no time could Plaintiff come into physical contact with either Ashley or Thomas, because inmates are not out of their cells unless escorted by Correctional Officers.

8. There is no record of Plaintiff ever being assaulted by either Wayne Thomas or Robert Ashley.

7. Plaintiff has been transferred from DCC and is now at the Sussex Community Correctional Center under Level 4 supervision.

8. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_David Pierce, Deputy Warden_

SWORN TO AND SUBSCRIBED BEFORE ME THIS 13 DAY OF March, 2006.

NOTARY