IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR KENT COUNTY

IN THE MATTER OF THE PETITION )
OF ROBERT E. PROCTOR, Jr. ) C.A. No. 05M-04-19-CLS
FOR A WRIT OF MANDAMUS )

**AFFIDAVIT OF CINDY WRIGHT ACTING RECORDS SUPERVISOR**

I, Cindy Wright, Acting Records Supervisor having been duly sworn according to the law do hereby depose and state as follows:

1. I have been employed by the Department of Correction as a Correctional Records Clerk since September 12, 1994. I have been the Acting Records Supervisor at the Delaware Correctional Center since, April 04, 2005.

2. I did a records review of Inmate Robert Ashley's Institutional Record to determine if there is a "No Contact Order" in place regarding the Petitioner. The result of the records review was that there is no " No Contact" order with regard to the Petitioner.

4. A further review of the inmate locator for the DCC shows there is no inmate incarcerated at the DCC by the name of Scott Clark or Pam Foreker.

_____
Cindy Wright

SWORN TO AND SUBSCRIBED before me this 24 day of August 2005

_____
Notary