IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

STATE OF DELAWARE
V.
WAYNE C THOMAS

DOB: 01/08/70
SBI: 00191611

CASE NO. 9510020980
CR.A. NO. PN95111520

CHARGE: ATT.ROBBERY 2ND

CHARGE DISP: PLED GUILTY - LESSER

## SENTENCE ORDER

NOW, THIS 14TH DAY OF MARCH, 1997, IT IS THE ORDER OF THE COURT THAT:

THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

THE DEFENDANT IS TO PAY THE COST OF PROSECUTION. COSTS ARE HEREBY SUSPENDED.

CONSECUTIVE TO THE SENTENCE NOW SERVING, THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS AT SUPERVISION LEVEL 5 FOR A PERIOD OF 3 YEARS.

IF THE DEFENDANT IS PRESENTLY SERVING ANOTHER SENTENCE, THAT SENTENCE SHALL BE SUSPENDED UNTIL COMPLETION OF THIS SENTENCE.

THIS SENTENCE IS SUSPENDED FOR 3 YEARS AT SUPERVISION LEVEL 3.

THE DEFENDANT SHALL MAKE RESTITUTION AS FOLLOWS: TO BE DETERMINED BY PRESENTENCE MEMORANDUM.

STATE OF DELAWARE V. WAYNE C THOMAS
9510020980

AS TO THE CHARGE OF IN95111521, PFDCF,
IT IS THE ORDER OF THE COURT THAT:



    THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

    THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 3 YEARS.

    THE FIRST 3 YEARS OF THIS SENTENCE IS A MANDATORY TERM OF INCARCERATION PURSUANT TO 11 DEL.C. SECTION 1447A.

    THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IN CR.A. NO. PN95-11-1520.

    THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE NON-INCARCERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A. NO. PN95-11-1520.

STATE OF DELAWARE V. WAYNE C THOMAS
9510017699

AS TO THE CHARGE OF IN9602037&, ROBBERY 1ST,
IT IS THE ORDER OF THE COURT THAT:



    THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

    THE DEFENDANT IS TO PAY THE COST OF PROSECUTION. COSTS ARE HEREBY SUSPENDED.

    THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 2 YEARS.

    THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IN CR.A. NO. IN95-11-1521.

    THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE NON-INCARCERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A. NO. IN95-11-1521.

STATE OF DELAWARE V. WAYNE C THOMAS
9510017699

AS TO THE CHARGE OF IN96020377, PFDCF,
IT IS THE ORDER OF THE COURT THAT:

    THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

    THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 3 YEARS.

    THE FIRST 3 YEARS OF THIS SENTENCE IS A MANDATORY TERM OF INCARCERATION PURSUANT TO 11 DEL.C. SECTION 1447A.

    THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IN CR.A. NO. IN96-02-0376.

    THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE NON-INCARCERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A. NO. IN96-02-0376.



TIS

STATE OF DELAWARE V. WAYNE C THOMAS
9604014614

AS TO THE CHARGE OF PN96050447, ASSAULT 2ND CAR,
IT IS THE ORDER OF THE COURT THAT:

    THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

    THE DEFENDANT IS TO PAY THE COST OF PROSECUTION. COSTS ARE HEREBY SUSPENDED.

    THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 3 YEARS.

    THIS SENTENCE IS SUSPENDED FOR 3 YEARS AT SUPERVISION LEVEL 4 - HOME CONFINEMENT. AFTER SERVING 6 MONTHS AT SUPERVISION LEVEL 4, THIS SENTENCE IS SUSPENDED FOR 2 YEARS 6 MONTHS AT SUPERVISION LEVEL 3.

    THE DEFENDANT IS TO BE HELD AT SUPERVISION LEVEL 5 UNTIL SPACE IS AVAILABLE AT SUPERVISION LEVEL 4.

    THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IN CR.A. NO. IN96-02-0377.

    THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE NON-INCARCERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A. NO. IN96-02-0377.


TIS

STATE OF DELAWARE V. WAYNE C THOMAS
9508017724

AS TO THE CHARGE OF PN95100219, POSS,USE,CONS.N,
IT IS THE ORDER OF THE COURT THAT:



    THE DEFENDANT IS ADJUDGED GUILTY OF THE OFFENSE CHARGED.

    THE DEFENDANT IS TO PAY THE COST OF PROSECUTION. COSTS ARE HEREBY SUSPENDED.

    THE DEFENDANT IS PLACED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION AT SUPERVISION LEVEL 5 FOR A PERIOD OF 1 YEAR.

    THIS SENTENCE IS SUSPENDED FOR 1 YEAR AT SUPERVISION LEVEL 2.

    THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IN CR.A. NO. PN96-05-0447.

    THE NON-INCARCERATIVE PORTION OF THIS SENTENCE SHALL BE SERVED CONSECUTIVELY TO THE NON-INCARCERATIVE PORTION OF THE SENTENCE IMPOSED IN CR.A. NO. PN96-05-0447.

STATE OF DELAWARE V. WAYNE C THOMAS,
9510020980 9510017699 9604014614 9508017724

THE FOLLOWING CONDITIONS SHALL APPLY TO THIS SENTENCE, THE DEFENDANT SHALL:

PAY FINANCIAL OBLIGATIONS DURING THE PROBATIONARY PERIOD.

PAY TO THE DEPARTMENT OF CORRECTION, A MONTHLY FEE TOWARD THE COST OF SUPERVISION IN ACCORDANCE WITH A SCHEDULE SET BY THE DEPARTMENT OF CORRECTION.

HAVE NO CONTACT WITH ANY OF THE VICTIMS.

BE EVALUATED FOR SUBSTANCE ABUSE AND FOLLOW ANY DIRECTIONS FOR COUNSELING, TESTING OR TREATMENT AT KEY.

JUDGE RICHARD S. GEBELEIN

STATE OF DELAWARE V. WAYNE C THOMAS,
9510020980 9510017699 9604014614 9508017724

FINANCIAL OBLIGATIONS ARE IMPOSED ON THE DEFENDANT PURSUANT TO THIS
SENTENCE AS FOLLOWS:

| | |
|---|---|
| TOTAL CDEFA-DIVERSION ORDERED | 0.00 |
| TOTAL CIVIL PENALTY ORDERED | 0.00 |
| TOTAL COSTS ORDERED | 0.00 |
| TOTAL DRUG SURCHARGE ORDERED | 0.00 |
| TOTAL FINE AMOUNT ORDERED | 0.00 |
| TOTAL FORENSIC FINE ORDERED | 0.00 |
| TOTAL SHERIFF KENT ORDERED | 0.00 |
| TOTAL SHERIFF NCC ORDERED | 0.00 |
| TOTAL PUBLIC DEF. FEE ORDERED | 0.00 |
| TOTAL RESTITUTION ORDERED | 0.00 |
| TOTAL SHERIFF SUSSEX ORDERED | 0.00 |
| TOTAL VICTIMS' COMP ORDERED | 0.00 |
| TOTAL VIDEO PHONE FEE ORDERED | 0.00 |
| TOTAL FINANCIAL ORDER | 0.00 |