## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| RONALD E. PROCTOR, Jr., <br> Petitioner, <br><br> v. <br><br> STANLEY TAYLOR, E. BURRIS, <br> J.T. SEACORD, SGT. JOHN DOE, <br> C/O KITCHEN, REBECCA MCBRIDE, <br> and M. JANE BRADY <br> Respondents. | ) <br> )    C.A. No. 05M-04-19-CLS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF MICHAEL LITTLE

I, Michael Little, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Delaware Correctional Center ("DCC") near Smyrna, Delaware as Legal Services Administrator. I have been employed by the Department of Correction for 15 years. My duties include the supervision of the law Libraries, Hearing Office and Video Court in DCC. I have held this position since August of 2002.

2. Incident reports are written regarding physical altercations between inmates, and assaults on inmates if they are witnessed by correction officers, or if they are reported by witnesses or those who are parties to the confrontation. Disciplinary reports are written when inmates are involved in physical altercations or assaults.

3. In response to a request from the State of Delaware Department of Justice, I have reviewed all records of incidents involving Robert Ashley, Wayne Thomas and Ronald Proctor between the dates of September 1, 2004 and April 1, 2005. There are no incidents that involve Ronald Proctor and either Robert Ashley or Wayne Thomas.

4. In addition to the incident reports, I reviewed all the disciplinary reports between September 1, 2004 and April 1, 2005. There are no disciplinary reports on Robert Ashley, Wayne Thomas or Ronald Proctor that show that any of these inmates were involved in any physical contact with each other.

5. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_____
Michael Little

SWORN TO AND SUBSCRIBED BEFORE ME THIS 14th DAY OF March, 2006.

_____
NOTARY