IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-133-JJF |
| LT. F. SEACORD, et al., | : |
| Defendants. | : |

### O R D E R

At Wilmington, this 22 day of June 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss/Motion for Summary Judgment (D.I. 18) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE