**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

**INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)**

Defendants Stanley Taylor, Thomas Carroll, David Pierce, Thomas Seacord, Francis Kromka and Brian Engram disclose the following information in compliance with Rule 26(a)(1) of the Federal Rules of Civil Procedure, and the Scheduling Order in this matter. These disclosures are based on information reasonably available to the defendants as of this date. Continuing investigation and discovery may alter these disclosures. Defendants reserve the right to supplement the information disclosed below if additional information becomes available.

By making these disclosures, Defendants do not represent that they are identifying every document, tangible thing, or witness possibly relevant to this claim. Nor do Defendants waive their right to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work-product doctrine, relevancy, undue burden or any other valid objection. Defendants' disclosures represent a good faith effort to identify information they reasonably believe is required by Rule 26(a)(1).

Defendants' disclosures are made without waiver of: 1) the right to object on the grounds

of competency, privilege, relevancy and materiality, hearsay or other proper ground, 2) the right to object to the use of any such information, for any purpose, in whole or in part, in any other action; and 3) the right to object on any and all proper grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

All of the disclosures set forth below are made subject to the above objections and qualifications.

**(1)(A) Individuals likely to have knowledge of discoverable information that may be used to support State Defendants' defenses:**

    1)    Plaintiff

    2)    Stanly Taylor
            Department of Correction
            245 McKee Road
            Dover, DE 19904

    3)    Thomas Carroll
            Delaware Correctional Center
            1181 Paddock Road
            Smyrna, DE 19977

    4)    David Pierce
            Same as #3

    5)    Thomas Seacord
            Same as #3

    6)    Francis Kromka
            Same as #3

    7)    Brian Engram
            Same as #3

**(1)(B) Documents that may be used to support State Defendants' defenses:**

All Department of Correction and institutional files relating to the incidents which form the basis of the Complaint, including, but not limited to incident and disciplinary reports and grievances; Plaintiff's medical and dental records.

**(1)(C)  Basis for any damages claimed:**

Defendants have not filed a counter-claim for damages at this time. Defendants reserve the right to file a counter-claim against Plaintiff as may be permitted by the Federal Rules of Civil Procedure.

**(1)(D)  Insurance agreements in force:**

Not applicable. Defendants further disclose that no such insurance exists.

**(2)(A)  Experts and their opinions:**

Defendants have not yet retained any experts, but reserve the right to do so, and will supplement this response as required by Rule 26(a).

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        /s/ Lisa Barchi
        Lisa Barchi, I.D. # 3927
        Deputy Attorney General
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for State Defendants

Date:  July 7, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, I electronically filed *Defendants' Initial Disclosures* with the Clerk of Court using CM/ECF.  I hereby certify that on July 7, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Ronald Proctor
SBI # 163750
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Lisa Barchi  # 3927
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400
lisa.barchi@state.de.us