IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald B. Proctor Jr.
_____
Plaintiff/s

V.

T. F. Seaford, ET AL.,
_____
Defendant/s

Civil Action No.: 05-133 JJF

MOTION FOR Stay of Pretrial Sch. Order And Appointment of Counsel And TRO.

COMES NOW, the Plaintiff, Ronald B. Proctor Jr., pro se who pursuant to 28 USC § 1915(g), Civil Rule 16 And C.R. 65 moves this Honorable Court to grant this motion. In support, the following facts are asserted;

1.) Plaintiff is being denied access to legal files and access to all courts. (See Exhibit "A")

2.) Plaintiff cannot prosecute this case without assistance of counsel in that numerous reasons as explained in Exh "A" and the inherent non-access to dispose of or access to other I/m's records necessary via DCC-Smyrna Robert Ashleys Jm file orders, I.A. Reports+ CDi. file NCC Superior Court for Discovery Materials which will show actual malice upon def(s) and case dispositive materials of same on I/m Wayne Thomas and I/m Jacky Brockman. All associated Plaintiff at DCC.

3.) Plaintiffs current incarceration at S.C.I. and possible classification- retaliatory nexus to DCC Smyrna which would put Plaintiff again in imminent danger. Transfer which illegally started the issues.

Cont P.(2)

As contained in the original complaint.

4.) Plaintiff's legal materials are retained within the victims residency in which Plaintiff is currently arrested on and cannot access same w/out violating P.F.A. order(s) and attorney could access complete file(s) (5 total) in the relation to this case, of which Plaintiff has requested two Delaware attny's to take this case pro bono. (Note: See attached Exh "B")

5.) Plaintiff cannot prosecuate this case without access to legal file(s) or participate in discovery related materials request(s) or recipical discovery demands accordingly.

Wherefore without court appointed counsel and stay of proceedings (discovery) and permanate T.R.O. from transferring Plaintiff from current S.C.I. (Sussex Corr Inst.) to D.C.C.- Smyrna henceforth. Plaintiff would move this court for an order accordingly.

Respectfully submitted

Dated 7-7-06

x _____
Ronald E. Proctor Jr
00163750 PT-506
P.O. Box 500
Georgetown, DE 19947

## CERTIFICATE OF SERVICE

I, __Ronald E Proctor Jr__, hereby certify that I have served a true and correct copy of the attached __Motion for Stay to Apt of Coun.__ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| (1) Lisa Barchi, Esq | 820 N. French St | Wilm. DE 19801 |
| (2) Ed Gill, Esq | 16 N. Bedford | Geo. Del. 19947 |
| (3) Stephen Hampton Esq | 6 N. Bradford St | Dover, DE 19901 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This __9__ day of __July__, __2006__

X __Ronald E Proctor Jr__

Ron Bolden D506
BLDG.
I/M:
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
US District Court
844 King St
Lock Box 18
Wilm, De 19801

Legal Mail