IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald E. Procter Jr
Plaintiff/s

v.

Lt. F. Seacord
Defendant/s

Civil Action #: 05-133JJF

STATE OF Delaware
COUNTY OF Sussex

## AFFIDAVIT

I, Ronald E. Procter Jr, being duly sworn, deposes and says:

1.) On 6-12-06 I was arrested and held in lieu of Bail at S.C.I. Pre-Trial Area Thereafter from 6-19-06 to date below I was denied access to the law lib or pen paper etc., to complete any degree of legal representation to any court by the direct acts of state actors. I requested in writing for files in the above case and was told by Counselor Bill Evans that Major Melvin Hennessey said I could 'NOT' get any legal files into this Inst. except for legal papers concerning my current arrest of 6-12-06. When I was told this I wrote a letter #006 requesting same verification from Major Melvin Hennessey and filed a grievance and Inst. A Civil Action —

As to the acts aforesaid.

Note: Exhibits #1 thru (11)

Exhibit "A"

X_____
Ronald E. Procter Jr
Sussex Correctional Institution
P.O. Box 500 BT 506
Georgetown, DE 19947

Subscribed and sworn before me this 7th day of July, 2006.

X Judith Ann Lederman
NOTARY PUBLIC
JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

#008 KEARNEY ETAL

P1-OF-2
SEE 008(A)

FORM #584

## GRIEVANCE FORM

FACILITY: S.C.I.    DATE: 7-8-06

GRIEVANT'S NAME: Ron Proctor    SBI#: 163750

CASE#: _____    TIME OF INCIDENT: 12:10 PM IN Law Lib.

HOUSING UNIT: PT-506

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

ON 7-7-06 WHILE IN THE Law Lib THERE WAS SOME Confusion AS TO Copies AND I HAD TO Copy CERTAIN PAGES THAT WENT INTO SEPRATE mailings In doing so Judy Heckeman Said NEXT TIME HAVE All Your Copies done AT once, WHEN I RE--sponded TO her She BECAME ENRAGED AND Stood AND STARED AT ME ALL THE While ALL I could TELL She WAS About TO Explode, WHEN I JUST About HAD ALL Copies Strightened out She Yelled You will GET "NO" MORE Copies TODAY! WHEN I STATED I WAS TOLD BY You TO do EACH Thing Before Another would be GIVEN NOW You Contradict your own order, AND TELL ME Something You know I CAN'T DO AT THIS POINT, She CAME —

CONT P.

ACTION REQUESTED BY GRIEVANT: ESTABLISH A pattern of RETALIATORY ACTS AGAINST MY PERSON AND denial of ACCESS TO THE COURTS

GRIEVANT'S SIGNATURE: [signed]    DATE: 7-8-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

SEE 008A PAGE 2    (COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

P.2 of 2.
(on Grisv. #008A) Knowely 2T/1.

| Date/Time | Inmate's Name | Ron Proctor 163750 | D.O.B.: / / |

towards my person and do so in a manner to provoke or cause alarm thus - all I/ms and my person observed this she stopped by me in a manner to provoke an assualt and turned and said.

"Get out of this Jaw Jib NOW!"

At this point I got up for fear for my safety and departed my legal papers rushing to get. She then came over again causing me alarm and demanded Monita Enveloppes back and upon getting back to my cell I did discover my letter to Atty Steven Hampton missing! And I was denied to mail out my Appeal No. 483, 2005 due by July 11, 2006 (due to envls) being taken. Judy Feikman throughout this exchange was provoking me and trying to start verbal altercations and did so knowingly aware of the outcome and this is 3rd Grisv. I've filed and I've notified Major M. Hennessey and file Jaw Suit in District Court. Every Jaw lib apt. she starts of denys me access to legal materials copies paper pen or now direct access.

*(NOTE) On Civil full all I/ms name on...

INMATE TELEPHONE REQUEST FORM

You may select up to five people who are willing to receive your collect calls. Be sure to include the area code for each number. Abuse of telephone procedures may lead to suspension of your telephone privileges and/or disciplinary action.

Please complete the following information completely and neatly. PLEASE PRINT! Change requests can only be submitted once per calendar month. No changes will be made while sanctions are being served. Emergency changes must be made through SOCIAL SERVICES.

INMATE NAME: _Ken Proctor_ 506    6-20-06

HOUSING UNIT: _FTH Bunk___

INMATE SIGNATURE: _[signature]_

DATE: _6-14-06_    Return to inmate

S.B.I. NUMBER: _#163750_

| TELEPHONE NUMBER | PARTY CALLED | RELATIONSHIP |
|---|---|---|
| 302 684 3269 | Clay Arnold | Bro |
| 610 466 9539 | S. Klapkin | Sister |
| 302 697 6954 | B. Martins | Bro |
| 302 947 9000 | Issey Kallister | Aunt |
| 302 945 4120 | Andy | Cousin |

See attached sheet

PARTY CALLED MUST HAVE A FIRST AND LAST NAME. RELATIONSHIP SHOULD INDICATE BROTHER, SISTER, FATHER, MOTHER, FRIEND, ETC.

NOTE: The five numbers listed above will be the five numbers you can call.

Form #66

(#1)

PLEASE Redo my #'s As I Put in wrong #'s AT first.; I was on to much medication's And gave wrong numbers. Thanks

I/M Ronald Proctor,

You have been here before so you know the rules and regulations, I will refresh your memory, changes to your phone list are done once per calendar month. I just added phone numbers to your list on June 13, 2006 so no changes will be made again untill 07/13/06, unless your counselor will approve sooner.

Thankyou,

*Mary Morris*



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF ADULT CORRECTION
DIVISION OF COMMUNITY SERVICES

## WAIVER OF PRELIMINARY HEARING

TO: ronald E. Practor    00163750
(Name of Probationer or Parolee)

980200653 IK98020667 Burglary 3rd; 9806000748; VOP; 980601343-MK98060982 DUI
(Criminal Action or Docket Number)    980601343-MK98060989 -Menacing; 9809013934-IS981105
Reck. Endangering 1st

I acknowledge that the purpose of and my rights to a preliminary hearing have been explained to me, I fully understand my rights and hereby freely, voluntarily, and without coercion **WAIVE** my rights to a preliminary hearing..

Signed: _____    DATE: 6-22-06
(Probationer or Parolee)

Witnessed by: _____    DATE: 6/22/06

Original:  Probationer or Parolee for possible return

cc:  Probationer or Parolee for information
     Supervising Officer
     Court or Board of Parole
     File

P&P #561  (3)

Sun.
6-25-06

Dow Jib

I AM going to
need Additional
Time Towards
This deadline
Please Allow
Mon, Tue, 2 hrs
each day. Please

PT
506  Ron Proctor


④

## SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

June 22, 2006

Mr. Ronald Proctor
SBI #00163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

Re:    *Ronald Proctor v. M. Jane Brady, No. 137, 2006*

Dear Mr. Proctor:

According to the records in this office, a brief was due to be filed by you in the above appeal not later than the date stated below. It has not been filed, nor has the Court granted an extension of time.

The Court has directed me to call this delinquency to your attention and to inform you that the brief must be filed without further delay. However, pursuant to Supreme Court Rule 15(b)(v), which became effective January 1, 2002, the clerk of the court may not accept for docketing an untimely filed brief or appendix unless the filing party first obtains leave to file out of time under the provisions of this Rule.

If the brief is not filed within seven days from the date of this letter, the Court will consider entering an order resolving the matter at issue against you, or making whatever other disposition may be appropriate under Supreme Court Rule 33.

Very truly yours,

Deborah L. Webb

Date brief due:        June 7, 2006
Date of this notice:    June 22, 2006

cc:    Loren C. Meyers, Esquire

01/11/2006

# SCI COMMISSARY PRICE AND ORDER LIST-PT BUILDING

FORM #: 356

| SOAPS | AMT | QTY | SHAVING ITEMS | AMT | QTY | NON-PRESCRIPTION | AMT | QTY | CLOTHING | AMT | QTY | MISCELLANEOUS | AMT | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAL-1 oz | 0.17 | | PALMOLIVE | 1.62 | | 10% ACNE GEL | 1.87 | | BOXER SHORTS | | | CORN PADS | 2.36 | |
| LECLASSIQUE | 0.20 | | MAGIC SHAVE BLUE | 2.02 | | ALLERGY-24(Chlor Trm) | 1.38 | | SM,MD,LG,XL | 1.92 | | NAIL CLIPPERS-LG | 0.76 | |
| SOAP DISH | 0.60 | | MAGIC SHAVE GOLD | 2.45 | | ANTACID LIQUID | 3.06 | | XXL, XXXL | 2.04 | | NAIL CLIPPERS-NO FILE | 0.36 | |
| | | | | | | ANTACID TAB-150 | 3.22 | | XXXXL | 2.16 | | PADLOCKS | 4.30 | |
| COMBS & BRUSH | | | AFTER SHAVES | | | ANTIFUNGAL CRM | 1.48 | | WHITE SHORTS | | | PC CLIPS | 0.24 | |
| COMBS-SM | 0.07 | | CRAWFORD MUSK | 1.22 | | ARTIFICIAL TEARS | 1.98 | | SM TO MD | 9.96 | | PHOTO ALBUMS | 2.36 | |
| COMBS-LG | 0.32 | | AFTA FRESHSCENT | 2.47 | | ASPIRIN-100 | 1.24 | | LG TO 2XL | 10.26 | | PLAYING CARDS-AVIATOR | 1.60 | |
| AFRO PIKS | 0.42 | | | | | BAYER XTRA STR-2pk | 0.47 | | 3XL | 11.76 | | PLAYING CARDS-BICYCLE | 2.28 | |
| HAIR BRUSH | 1.27 | | DEODORANTS | | | BLISTEX | 1.90 | | 4XL | 38.10 | | PINOCLE CARDS | 2.36 | |
| MILITARY HAIR BRUSH | 2.54 | | HERITAGE ROLL ON | 1.18 | | CHAPSTICK | 1.34 | | WHITE SWEATPANTS | | | SHOE LACES WHITE | 1.00 | |
| | | | MN REG DEOD STK | 2.18 | | COTTON SWABS | 1.51 | | SM, MD, LG, XLG | 12.30 | | SHOE POLISH-WHITE | 3.17 | |
| HAIR CARE | | | MN FRESH DEOD STK | 2.39 | | FOOT POWDER | 3.60 | | 2XL | 13.80 | | SHOE POLISH-BRN | 1.70 | |
| ALBERTO VO5 CONDITNER | 1.52 | | MN MUSK DEOD STK | 2.18 | | HALLS COUGH DROPS | 0.61 | | 3XL | 24.90 | | SHOPPING BAGS | 0.38 | |
| ALBERTO VO5 SHAMPOO | 1.52 | | MN ULTIMATE A/P | 3.06 | | HEMORRHOIDAL OINT | 3.28 | | 4XL | 32.10 | | WALLET EXP FOLDER | 2.23 | |
| BABY SHAMPOO | 1.68 | | AQUA SPRT GEL A/P | 2.84 | | HYDROCORTISONE CRM | 1.38 | | WHITE SWEATSHIRTS | | | WEBSTERS DICTIONAR | 1.92 | |
| SUAVE SHAMPOO | 2.28 | | | | | IBUPROFEN-50 | 2.33 | | SM, MD, LG, XLG | 8.10 | | WIRE LESS NOTEBOOK | 3.06 | |
| DANDREX | 3.20 | | LOTIONS & OILS | | | MILK OF MAGNESIA | 1.97 | | 2XL/3X | 9.30 | | | | |
| DANDRUFF SHAMPOO | 2.84 | | ALOE LOTION | 2.12 | | MUSCLE RUB | 1.94 | | 4XL/6X | 11.70 | | SHOES | | |
| SULFUR 8 SHAMPOO | 3.60 | | BABY OIL | 1.84 | | NATURAL VEG PWDR | 4.70 | | | | | FLIP FLOP SHWR SHOE | 0.91 | |
| SULFUR 8 CONDTNR | 3.37 | | COCOA BUTTER LOTION | 1.86 | | NON-ASPIRIN-100 | 2.08 | | WHITE T-SHIRTS | | | WIDE BAND SHR SHOES | 3.07 | |
| | | | COCOA BUTTER STICK | 1.20 | | ROLAIDS | 0.65 | | SM, MD, LG, XLG | 1.48 | | NIKE TENNIS SHOE | | |
| | | | NORMAL SKIN TONE CRM | 5.12 | | STRESS(Pepto)LIQ-8oz | 2.18 | | 2XL | 2.56 | | REEBOK TENNIS SHOE | | |
| | | | NOXEMA | 1.92 | | SUNBLOCK LOTION | 3.31 | | 3XL | 3.25 | | | | |
| | | | PETROLEUM JELLY | 0.92 | | TANNING LOTION | 2.57 | | 4XL | 3.84 | | | | |
| HAIR GREASE | | | SKIN CARE LOTION | 1.61 | | X STR TYLENOL-2pk | 0.62 | | TUBE SOCKS | 1.19 | | | | |
| MURRAY's POMADE | 2.12 | | | | | | | | ARCH CUSHIONS | 6.59 | | | | |
| PRO GLO POMADE | 1.55 | | SCENTED OILS & LTNS | | | | | | TOWELS-24x48 | 5.99 | | | | |
| ROYAL CROWN | 1.68 | | CK ONE OIL | 3.95 | | CLOTHING | | | WASH CLOTHS-12x12 | .39 | | | | |
| VO 5 HAIRDRESSING | 3.72 | | ETERNITY OIL | 3.95 | | THERMAL TOPS | | | | | | | | |
| C K ONE LOTION | 2.12 | | | 2.62 | | SM, MD, LG, XLG | 4.02 | | STATIONARY ITEMS | | | | | |
| VO 5 STYLING GEL | | | ETERNITY LOTION | 2.60 | | 2XL | 4.20 | | ENVELOPES-WHITE | 0.42 | | | | |
| ORAL HYGIENE | | | | | | 3XL | 4.38 | | ENVELOPES-6x9 | 0.69 | | | | |
| COLGATE | 1.49 | | POWDERS | | | 4XL | 4.68 | | ENVELOPES-10x13 | 0.69 | | | | |
| COLGATE "TOTAL" | 3.46 | | BABY POWDER | 1.55 | | | | | WHITE NOTE PADS | 0.42 | | | | |
| EFFERDENT IND PK | 0.07 | | BATH & SHOWER PW | 1.79 | | THERMAL BOTTOMS | | | WHITE WRITING PADS | 0.70 | | | | |
| EFFERGRIP | 4.46 | | | | | SM, MD, LG, XLG | 4.02 | | YELLOW LEGAL PADS | 1.01 | | | | |
| MINT MOUTHWASH | 1.19 | | | | | 2XL | 4.20 | | COLORED PENCILS-EAGL | 2.42 | | | | |
| TOOTHBRUSH HOLDER | 0.40 | | | | | 3XL | 4.38 | | #2 PENCIL w/ERASER | 0.12 | | | | |
| TOOTHBRUSH | 0.38 | | | | | 4XL | 4.68 | | PENS-BLACK | 0.24 | | | | |
| | | | | | | | | | CARD STOCK | 0.05 | | | | |

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE

ALL ORDERS MUST BE TURNED IN NO LATER THAN 0800 TUESDAY MORNING. PLEASE PRINT, IF WE CANNOT READ IT, WE WON'T FILL IT. PLEASE INDICATE IF YOU WANT US TO SUBSTITUTE ITEMS FOR YOU.    SUBSTITUTE: YES ___  NO ___

NAME: _____ SBI#: 163750  LOCATION: 31 50C  DATE: 7-4-06

INMATE'S SIGNATURE: _____  OFFICER'S SIGNATURE: _____

# SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*
DEBORAH L. WEBB
*Chief Deputy Clerk*
LISA A. SEMANS
*Senior Court Clerk*
DEBRA J. ZATLOKOVICZ
*Senior Court Clerk*

#

July 5, 2006

SUPREME COURT BUILDING
55 THE GREEN
DOVER, DE 19901

P.O. BOX 476
DOVER, DE 19903

(302) 739-4155
(302) 739-4156
(302) 739-8091

Mr. Ronald Proctor
#00163750
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

RE: **Proctor v. State, No. 483, 2005**

Dear Mr. Proctor:

According to the records in this office, a brief was due to be filed by you in the above appeal not later than the date stated below. It has not been filed, nor has the Court granted an extension of time.

The Court has directed me to call this delinquency to your attention and to inform you that the brief must be filed without further delay. However, pursuant to Supreme Court Rule 15(b)(v), which became effective January 1, 2002, the clerk of the court **may not** accept for docketing an untimely filed brief or appendix unless the filing party first obtains leave to file out of time under the provisions of this Rule.

If the brief is not filed within seven days from the date of this letter, the Court will consider entering an order resolving the matter at issue against you, or making whatever other disposition may be appropriate under Supreme Court Rule 33.

Very truly yours,

Cathy L. Howard

Date brief due:        May 8, 2006
Date of this notice:   July 5, 2006

cc:    John Williams, Esquire



(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

(1) _Proctor_ _et al_
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(2) _Kearney et al_
(Name of Plaintiff)    (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

vs.

(1) _Rick Kearney et al_
(2) _Judy Federman_
(3) _____
(Names of Defendants)

(Each named party must be listed, and all names must be printed or typed. Use additional sheets if needed)

: (Case Number)
: (to be assigned by U.S. District Court)
:
: _Class-Action_
:
:
:
: **CIVIL COMPLAINT**
:
: • • Jury Trial Requested

**I. PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_Yes. Numerious_
_____
_____
_____
_____
_____



II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  •(• Yes )• • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • • Yes  •(• No )

C. If your answer to "B" is Yes:

1. What steps did you take? _IMMINENT DANGER IS ARMED ELECTIONS_

2. What was the result? ____

D. If your answer to "B" is No, explain why not ____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Rick Kearney et al_
   Employed as _Warden_ at _SCI_
   Mailing address with zip code: _P.O. Box 500_
   _S. Geo, Del_

(2) Name of second defendant: _Judy_
   Employed as _Dy/b_ at _SCI_
   Mailing address with zip code: _P.O. Box 500_
   _Geo Del 19947_

(3) Name of third defendant: ____
   Employed as ____ at ____
   Mailing address with zip code: ____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2



## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 6-28-06 I was denied forms to petition courts for redress of pending claims in various court and told none will be given.

2. On 16 Judy Eserman denied giving me forms unless I first filled out all forms given first thus denying me access to all other courts that are pending or to be filed and I/ms are charged .25¢ a page for forms.

3.) Claims are imminent danger exception(s) and

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Class-Certification $25,000 Compensatory damages. Remand to Bush courts to reopen all cases lost due to non-access

3



2. _____
   _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __28__ day of __July__, 2__006__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

