JUNE 30, 2006                2nd follow-up → 7-7-06

Stephen Hampton ESQ.
Hampton & Grady,
6 N. Bradford St
Dover Del   19901


Re: (All Dover)


            Please Call And Get Me on The Phone.
You'll Never Believe whats happened To me!


XC: file

ATTACHMENTS (1)

                                    Ron Proctor #163750
                                    P.O. Box 500-PT506
                                    Geo, De 19947


* 7-7-06
→ ▶

STEVE: Things Are Starting TO heat-up got Two
MORE ON Civil (Enclosed) And Illegal Dej. on 113 4352(a)
Violations., Need Phone Call ASAP.  Call /OVER →

XC: file
← Edgin Esg.
      sgt.                Exhibit "B"
Q5. SAW Nelson Arrest IN Order good
WORK. NOW Civil is Real good. NOW THAT he    Ron Proctor
                                             SCI PT506

July 7, 2006

Ed Gill, esq.,
16 N. Bedford St.
Geo, De 19947

RE: ATTACHED Civil And Cri. REPRESENTATION

DEAR Ed:

      IF You CALL bill EVANS @ (OVER)→
Circled he will bring me To A Phone. First,
I WAS Told I Could HAVE 'NS' FILES) EXCEPT
FOR THE Criminal CASE IM IN here ON. (B.EVANS
COUNSELOR AND MAJOR. MELVIN HENNESSEY) YES
NOTHING ELSE. ANYWAY This Civil) Procter V.
SEAFORD is A good 50.% Plus CASE I NEED
Rep. on? ———— ALSO IVE got 11 Del C.§4352(g)
ILLEGAL DET. ISSUE AS Through Probation + Paro
hAVE INCAR. This FOR 'ONLY' Police CONTACT WA
This law Clearly SAYS Police ARREST And CONTR
IN ORDER To Violate Conditional RELEASE. I'VE
SENT A HABEAS Corpus IN, GRAVES SENT ME
A BS. Reply (Jike He doesN'T KNOW defAuLT of

EXHIBIT G-1

Con(P.2)  Ed gillese           7-7-06

less TO SAY. I NEEd help Ed And I'll
Tell You oNE Thing I've got A Q.D.(Enclosed)
Who Aut going To do Nothing. So Call
ME! like Tomorrow! OK I NEEd help
And I've NO' Access WE CAN Speak ON
$ I've got work-MAN Comp. I Just
NEEd To Bust off oN The BS. I
Should of left Sussex Co. DE But,
I had doctors Still oN my foot. And
I guess I Sure put A damper oN
my 'Haller' EMPloymENT REquest I
WaulT of Presented To You AfTer I,
goT The girls(Vic) IN KeviN WilsoNs,
CASE Police Reports etc. But look AT
Bright Side IM IN S.I. Pre-Trial with
J. Sberria Yea. WE Could do A WirE WiTh
A's office he's Already Comin AT me with
legal Needs.
                                    Good Bless,
KC: file
CC: S. HAMPToN Esq.                 RoN Proctor
                                    SCI PT506
Q.S. I've SENT SAME To Stephen HAMPToN Esq.
did You goT NelsoN STATE CrimiNol Arrest