**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME OUT OF TIME

COME NOW Defendants, by and through undersigned counsel, and respectfully moves this Honorable Court to enter an Order granting an enlargement five days file an answer to Plaintiff's Complaint. In support of this motion, Defendants offer the following:

1.  On February 28, 2005 2005, Plaintiff filed this Complaint. (D.I. 2).

2.  Defendants responded with a Motion to Dismiss and Memorandum of Points and Authorities on March 15, 2006. D.I. 18 and 19).

3.  On June 22, 2006, an order was entered denying Defendants' motion to dismiss. D.I. 21).

4.  On June 26, 2006, this Court entered a scheduling order. (D.I. 22). In accordance with the scheduling order, Defendants filed their initial disclosures on July 7, 2006. (D.I. 24).

5.  An answer should have been filed on July 2, 2006. It is undisputed that the Answer should have been filed after the Motion to Dismiss was denied. The failure to file an Answer on behalf of Defendants was due to inadvertent lack of attorney oversight and does not demonstrate bad faith. Defendants have been actively defending this action.

6.  Federal Rule of Civil Procedure 6(b) permits an enlargement of time when the failure to act was due to excusable neglect. "[T]he Courts of Appeals have generally recognized that 'excusable neglect' may extend to inadvertent delays." *In re Orthopedic Bone Screw Products Liability Litigation,* 246 F.3d 315, 322 (3d Cir. 2001). The term "excusable neglect," within the meaning of Rule 6(b), "is a somewhat 'elastic concept' and is not limited strictly to omissions caused by circumstances beyond the control of the movant." *Id.*

7.  In this case, the failure to file an Answer was due to excusable neglect. Further, Plaintiff will not be prejudiced by the filing of an Answer less than thirty days after the motion to dismiss was denied.

8.  There is no trial date scheduled in this case.

WHEREFORE, Defendants respectfully requests that this Court grant his Motion to Enlarge Time to File an Answer to the Complaint.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Lisa Barchi
Lisa Barchi, I.D. No. 3927
Deputy Attorney General
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us

Date: July 17, 2006                              Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

**IT IS SO ORDERED,** this _____day of _____, 2006, that Defendants' Motion to Enlarge Time to File an Answer to the Complaint is hereby **GRANTED.**

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

## 16.5 CERTIFICATE OF COUNSEL

In compliance with Local Rule of Civil Procedure 16.5, counsel for the Defendants making the request for enlargement of time to file a reply brief files this Certificate and states:

I certify that the Defendants have been provided with copies of the Motion for Enlargement of Time and that service has been sent by regular mail.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Lisa Barchi
        Lisa Barchi  I.D. No. 3927
        Deputy Attorney General
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        lisa.barchi@state.de.us

Date: July 17, 2006        Attorney for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

**7.1.1 CERTIFICATE OF COUNSEL**

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. The plaintiff is an inmate incarcerated in the Delaware Correctional system, at the Sussex Correctional Institution, Georgetown, Delaware.

2. Since the plaintiff is not able to be reached by telephone, counsel for Defendants has spent no time in attempting to reach an agreement on the subject of the motion for enlargement of time.

3. She assumes that the motion is opposed.

                                                **STATE OF DELAWARE**
                                                **DEPARTMENT OF JUSTICE**

                                                /s/ Lisa Barchi
                                                Lisa Barchi  I.D. No. 3927
                                                Deputy Attorney General
                                                820 N. French Street, 6th floor
                                                Wilmington, DE 19801
                                                (302) 577-8400
                                                lisa.barchi@state.de.us

Date: July 17, 2006                                   Attorney for State Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed *Defendants Motion to Enlarge Time* with the Clerk of Court using CM/ECF.  I hereby certify that on July 17, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ronald Proctor
SBI # 163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Lisa Barchi  I.D. No. 3927
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us