IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

IT IS SO ORDERED, this ___19___ day of ___July___, 2006, that Defendants' Motion to Enlarge Time to File an Answer to the Complaint is hereby **GRANTED.**

_____
United States District Judge