IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. )   C.A. No. 05-133-JJF<br> ) <br>STANLEY TAYLOR, ) <br>THOMAS CARROLL, DAVID PIERCE, ) <br>THOMAS SEACORD, ) <br>FRANCIS KROMKA, and ) <br>BRIAN ENGREM ) <br> ) <br> Defendants. ) | |

**<u>DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT</u>**

COMES NOW, the Defendants Staley Taylor, Thomas Carroll, David Pierce, Thomas Seacord, Francis Kromka and Brian Engram by and through their undersigned counsel, and hereby respond to the Complaint of Plaintiff Ronald Proctor ("Proctor" or "Plaintiff"), filed February 28, 2005 (D.I. 2) (the "Complaint"). The Complaint is not formatted in any discernable manner nor is it numbered. Therefore Defendants respond to the Complaint as follows:

<u>STATEMENT OF CLAIM</u>

Denied that Plaintiff's civil liberties were denied in any manner. Denied that any Defendant failed to protect Plaintiff on any occasion. Denied that Plaintiff suffered any injury at the hands of Defendants on any occasion or at the hands of inmates Ashley or Thomas. Denied that Defendants caused any alleged injury claimed by Plaintiff. Denied that Defendants caused Plaintiff any mental pain and suffering or any other non-physical injury due to any alleged assaults by inmates Ashley and Thomas.

<u>RELIEF</u>

Denied that Plaintiff is entitled to any relief.

DEFENSES and AFFIRMATIVE DEFENSES

1. This action and all claims are barred by Eleventh Amendment immunity.

2. The Defendants are entitled to qualified immunity.

3. This action fails to state a claim upon which relief can be granted.

4. The Plaintiff has failed to exhaust his administrative remedies.

5. As to any claims under state law, the Defendants are entitled to immunity under the State Tort Claims Act, 10 Del. C. § 4001 *et seq*.

6. As to any claims under State law, the Defendants are entitled to sovereign immunity in their official capacities.

7. The Plaintiff′s claims are barred by his comparative negligence.

8. Insufficiency of service of process.

9. Insufficiency of process.

10. Lack of personal jurisdiction.

11. Lack of subject matter jurisdiction.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Lisa Barchi_____
Lisa Barchi, I.D. # 3927
Deputy Attorney General
820 North French Street, 6th Fl.
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us
Attorney for Defendants

Date: July 19, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I electronically filed *Defendants' Answer to Plaintiff's Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on July 17, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

Ronald Proctor
SBI # 163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

/s/ Lisa Barchi
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
lisa.barchi@state.de.us