IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-133-JJF |
| : | |
| LT. F. SEACORD, et al., : | |
| : | |
| Defendants. : | |

## **ORDER**

At Wilmington this **1ˢᵗ** day of **August, 2006**.

IT IS ORDERED that the teleconference scheduled for Monday, August 21, 2006 at 9:30 a.m. with Magistrate Judge Thynge is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE