July 26, 2006

Clerk Ron.
U.S. Dist Court

05-133 (JJF)

Re: Verification

**FILED**
**AUG - 2 2006**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

Dear Clerk:

Please Verify my Dated 7-7-06 motion I filed/mailed to this Court. Why do I ask this, Because the Counsel for Defendants files a Motion for out of Time/ Enlargement of Time to file An Answer to my Complaint on 7-17-06 And The Court order is done 2 days later on 7-19-06.

I want to know why mine hasn't been And/or Received etc. Please Check And/or Send me a Copy of The Docket.

Thank you for Your Time.

XL: NONE

← (OVER) ↗
This is what we are Allowed to Order here.
HA

God Bless
Ronald E. Procter, Jr
* P.O. Box 500
Georgetown De
19947
*Note) Please Note Change of Add on my file