IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald E. Proctor Jr.,
            Plaintiff,

v.                                              No. 05-133JJF

J.T. Seacord et al.,
            Defendants.

FILED
BD scanned
AUG - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR: Addendum to 7-7-06 Motion

COMES NOW, the petitioner, Ronald E. Proctor Jr., pro se
and moves this Honorable Court to grant this writ for the following reasons:

1.) On 7-7-06 Plaintiff filed a motion showing direct denial(s) of access to this court.

*2.) Since 7-7-06 Plaintiff has incurred more denials of access to court filings, pens, paper (see Exh "A")

3.) Other courts are also being effected by these attempts to circumvent access see (Exhibit "B")

4.) Every time Plaintiff goes in to the law library more constraints, circumventions and policy, memos etc. are direct 'only' at Plaintiff see Exhibits "C-1 thru C-4"

5.) Defendants 'own' counsel Lisa Barchi Esq., had a Major M. Hennessey come to Plaintiff and say "The attorney in civil case no. 05-133JJF said you can get your legal file(s) in on that case. This was done by the defective counsel Barchi and intended to quash the already direct order as contained in Exhibit C-2.

WHEREFORE, due to the foregoing reasons, the petitioner requests that this Motion be added to the 7-7-06 motion showing continued denial of - 6-26-06 - access to the courts.

Dated: 6-26-06

Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947

*Crawford-El v. Britton
523 US 574, 584 (1998)

**■ SCI**

# Memo

**To:** I/M Ronald Proctor, SBI # 163750
**From:** P.S. Ditto, Treatment Administrator
**CC:** Inmate File
**Date:** 7/19/2006
**Re:** Law Library

---

Mr. Proctor, effective immediately your abuse of Law Library staff & their inmate aides will cease. The SCI Law Library serves 1,200 inmates with one full-time staff & one part-time staff member. You are straining human resources by monopolizing either their time or an inmate aide every time you are in the Law Library. In addition, your demand for copies & forms is excessive & unreasonable:

6/23 – 3

6/28- 33

6/30- 33

7/5- 3

7/7- 61

7/12- 129

7/14- 179

That is a total of "441" copies & forms in less than one month.

※Beginning this date you are limited to a total of ten forms and/or copies for each Law Library visit & this is generous considering the average inmate request less than two copies and/or forms a month & generally works on one case at a time. He might than need 15 copies at a visit but he will not request additional copies for 2-3 months.

I realize litigation is important to you, perhaps even your life but as the SCI Treatment Administrator I must strongly encourage you to focus on your rehabilitation & the issues that keep bringing you back to prison time & time again since 1972. You are almost 48 yrs. old & now possess five inmate files, each one 4-6 inches thick. They primarily contain conduct concerns not treatment or education accomplishments.



Exhibit "A"

STATE OF DELAWARE

COUNTY OF SUSSEX

AFFIDAVIT OF Ronald E. Proctor Jr.

I, Ronald E. Proctor Jr., being duly sworn, deposes and says:

I have 2 appeals in the Delaware Supreme Court and they are No.(s) 137, 2006 and 483, 2005. I can not do these appeal briefs due to the on-going rules, memos and out-right directed acts of Judy Lederman and other state actor's all conspiring to impose directed additional circumventions addendumed to the currents and they are directed at my person and intended to disrupt and cause my cases not to filed and or prosecuted accordingly.

I have filed an action on Judy Lederman law librarian who has imposed the intended sanctions against my person. This is Proctor v. Kearney et al., C. No. 1:06-CV-418 filed 7-12-06.

I currently am unable to complete more than 3 page motions with certificate of service to (2) attorneys would take me 10 full to 14 days to do based on the 10 page limit of copy's made per visit, see Exhibit "A" hereto. Much less file briefs which with appendixes would take me 1 month to copy. Thus, I cannot prosecute any case and/or file pleadings and clearly my research time periods are down to 20 mins. a visit for a monthly total of 140 mins. a month.

Subscribed and Sworn before me this 26th day of July, 2006.

Judith Ann Lederman
JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

X [signature]

Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947

Exhibit "B"

FORM #584

GRIEVANCE FORM

FACILITY: SCI    DATE: 7-12-06

GRIEVANT'S NAME: Ron Prator    SBI#: 163750

CASE#: ___    TIME OF INCIDENT: 11:45 A.M.

HOUSING UNIT: PT506

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

① Upon setting down Judy Lederman said I would not get anything unless I filled out a sheet asking in writing for items needed. This was done as she said "Since you are suing me." The intent is but a pattern of acts. Throughout my 45 mins in law lib. I was harassed, belittled and she continued to try to engage me into verbal altercations. ② She also copied my legal mailings and retained a copy for herself.

ACTION REQUESTED BY GRIEVANT: ① Stop illegal acts ② Provide direct view of all legal copies being made.

GRIEVANT'S SIGNATURE: [signed]    DATE: 7-13-06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)    ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___    DATE: ___

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

Exhibit C-1

xc: file Civil
cc: ed bell esq.
Steven Hampton esq.

April '97 REV

State of Delaware ss                    Affidavit/Statement
County of Sussex                        of: Ronald E. Proctor Jr.

## Statement

I request to Counselor Bill Evans the need to obtain my legal files in all my pending cases state/federal courts into the inst. B. Evans said I could "Not" get Any Thing in Except the Cri. case I am currently being held on and That's Per: Major M. Hennessey told me So. I wrote #0060A Grievance and letter to Major Hennessey. I currently am being denied permission or access to All legal files by State Actors.

Sworn to and Subscribed
Before me this ___ day of             X _____
July 2006.                                Ronald E. Proctor

                                        X _____
                                        Witnessed:

Exhibit C-2                             X Tyrone Baxter
                                        Witnessed

#018A)

Universal

FORM #584

GRIEVANCE FORM

FACILITY: SCI  DATE: 7-25-06

GRIEVANT'S NAME: Ronald Proctor Jr  SBI#: 163750

CASE#: _____  TIME OF INCIDENT: 9:00 AM

HOUSING UNIT: JT 506

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On this date Lt. Smith called me into a Grievance Hearing. Prior to this hearing the following violations of BOP-SOP Grievance Procedure's were not followed.
1.) No informal resolution was attempted
2.) No copy of my grievance was given to me prior to hearing.
Also at the hearing the team all said they had no auth. to rule on my grievance(s) #52430. This is illegally contrived and denial of Griev. Procedure's. (2) (2) #52430

ACTION REQUESTED BY GRIEVANT: Recall Grievances for a vote and provide I/M's with a copy of grievances before Griev. hearing and require housing unit Lt's to handle all informal resolutions not done

GRIEVANT'S SIGNATURE: _____  DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit C-3

MAJOR
M. HENNESSEY
* HAND
WRITING →

Ronald Proctor   RECEIVED 7-19-06
05-133-JJF USDC
MAJOR M. HENNESSEY
SAID ATTNY Said
I could have These
Files.

Exhibit C-4

* NOTE ON Subpoena's Duce Tecum's to MAJOR'S FAX.ES
ON BARCKIE'S 259 SENT him or other PAPERS. OR INFO...

## CERTIFICATE OF SERVICE

I, Ronald E Proctor Jr, hereby certify that I have served a true and correct copy of the attached _Addendum to 7-17-06 No. 10_ upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|---|---|---|
| (1) Lisa Barchi Esq | 820 N. French St | Wilm. DE 19801 |
| (2) Ed Gill Esq | 16 N. Bedford | Geo. Del. 19947 |
| (3) Stephen Hampton | 6 N. Bedford St | Geo. DE 19901 |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This _20_ day of _July, 2006_.

X _Ronald E Proctor Jr_



I/M: Ron Proctor BLDG. 61506
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk for
US Dist Court
844 N King St Lock Box 18
Wilm DE 19801