IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MELVIN HENNESSY

I, Melvin Hennessy, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Sussex Correctional Center ("SCI"), in Georgetown, Delaware as Security Superintendent. I have been employed by the Department of Correction for 23 years. My duties include acting as disciplinary hearing officer  I have held this position since 2000.

2. In response to a request from the State of Delaware Department of Justice, I have been asked to discuss what is done regarding inmate legal files, and specifically inmate Proctor's files.

3. An inmate is allowed to keep legal files with him as long as they fit into the locker box under their bed. All other files are stored. An inmate request a stored file but he must either make room in his locker box or put another file into storage. All inmates must abide by this rule.

4. Ronald Proctor was told the rule regarding legal files. He will be allowed access to the file if some one brings it to him.

5. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

*Melvin Hennessy*
Melvin Hennessy

SWORN TO AND SUBSCRIBED BEFORE ME THIS 3rd DAY OF August 2006.

*Judith Ann Lederman*
NOTARY

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007