# Appointment Requests for Ronald Proctor

| DateRequested | Rejected | Reason | Building | Area | TimeCalled | TimeArrived | TimeDeparted | Memo |
|---|---|---|---|---|---|---|---|---|
| 6/19/2006 | 1 | past date 6/13/06 & unreadable & wrong sbi | PT | U-4 | | | | Received Rejection Notice |
| 6/23/2006 | 0 | past dated slip(6/20/06), mult(2) | PT | U-5 | 11:24 | 11:30 | 12:33 | received rejection notice - proper slip submitted |
| 6/28/2006 | 0 | | PT | U-5 | 11:25 | 11:33 | 12:30 | |
| 6/30/2006 | 0 | | PT | U-5 | 11:24 | 11:32 | 12:30 | |
| 7/5/2006 | 0 | | PT | U-5 | 11:30 | 11:41 | 12:33 | |
| 7/7/2006 | 0 | | PT | U-5 | 11:22 | 11:29 | 12:10 | |
| 7/12/2006 | 0 | | PT | U-5 | 11:20 | 11:29 | 12:30 | |
| 7/14/2006 | 0 | past dated slip(7/12/06), mult(3) | PT | U-5 | 11:22 | 11:30 | 12:39 | received rejection notice - Proper slip submitted |
| 7/19/2006 | 0 | | PT | U-5 | 11:33 | 11:42 | 12:31 | |
| 7/26/2006 | 0 | | PT | U-5 | 11:28 | 11:39 | 12:30 | |
| 7/28/2006 | 0 | | PT | U-5 | 11:16 | 11:26 | 12:29 | |
| 8/2/2006 | 0 | | PT | U-5 | 11:24 | 11:31 | 12:30 | |
| 8/4/2006 | 1 | past dated slip(7/4/06) | PT | U-5 | | | | Received Rejection Notice |

AUG-03-06 11:06 PM SCI-PT-LAW-LIBRARY 8564633 P.01

# Photocopy History for Ronald Proctor

| Date | Building | Area | Document | Total Copies | Total Amount |
|---|---|---|---|---|---|
| 8/2/2006 | PT | U-5 | Title 11, pg 394 Order form District Ct back pages | 4 | 1.00 |
| 7/14/2006 | PT | U-5 | Title 11 ss 4352 pg. 360, Complaint extraordinary Writ(f), Letter(F), Letter(f) | 156 | 39.00 |
| 7/14/2006 | PT | U-5 | POA-Specific(O), Blank Affidavit=Non Court(for witness)(O), Supreme Ct. Forma Pauperis(1 for Appeal, 1 for other), Supreme Ct. Notice of Appeal(O), Pet. Writ. of Hab. Corpus(O), Case Info. Sheet(O), Blank Motion(O) | 23 | 5.75 |
| 6/30/2006 | PT | U-5 | Letter to attorney with memorandum opinion, JP court Summons, JP Court Complaint, Application and Affidavit to proceed in Forma Pauperis, Writ of Mandamus, Motion to Proceed in Forma Pauperis, Power of Attorney Specific | 33 | 8.25 |
| 7/28/2006 | PT | U-5 | JP Court Complaint, Notice of Motion, Certificate of Service, JP Subpoena | 7 | 1.75 |
| 6/28/2006 | PT | U-5 | JP Complaint, Summons JP, Forma Pauperis | 5 | 1.25 |
| 6/23/2006 | PT | U-5 | Habeas Corpus Superior | 1 | 0.25 |
| 6/23/2006 | PT | U-5 | General POA | 2 | 0.50 |
| 7/7/2006 | PT | U-5 | Extrodinary Writ Supreme Court(O), 15B Supreme(O), Certificate of Service Supreme(O), Letter to Attorney, Court Papers, Motion under Rule 15 B(F) | 39 | 9.75 |
| 7/12/2006 | PT | U-5 | District Court Forms, (Hab Corpus Forms, District Ct Forms-Going to Atty) (Mailing out) | 116 | 29.00 |
| 7/7/2006 | PT | U-5 | District Court Affidavit(F), Letters to Attorney | 22 | 5.50 |
| 7/28/2006 | PT | U-5 | Case Information Sheet(O), Preacipe Superior Court(O), Summons Superior Court(O), District Court Papers(F) | 10 | 2.50 |
| 7/5/2006 | PT | U-5 | Blank Motion District Court, Blank Certificate of Service, Affidavit (District Court) | 3 | 0.75 |
| 7/19/2006 | PT | U-5 | Attorney Letter (John Daniello)(F), Parole Board Letter(F), Attorney Letter (Stephen Hampton)(F), District Court Order(1st pg)(F), 1983(O)(4 pgs didn't want Forma Pauperis) | 10 | 2.50 |
| 7/12/2006 | PT | U-5 | 1983, District Ct Affidavit, Supreme Court Extraordinary Writ (ALL O) | 13 | 3.25 |
| 6/28/2006 | PT | U-5 | 1983(O) | 8 | 2.00 |
| 6/28/2006 | PT | U-5 | 1983(F) | 18 | 4.50 |
| 6/28/2006 | PT | U-5 | 15(b), Certificate of Service | 2 | 0.50 |

# Notary History for Ronald Proctor

| Date | Building | Area | Document Notarized | Initials |
|---|---|---|---|---|
| 6/28/2006 | PT | U-5 | 6ms(2) | JAL |
| 6/30/2006 | PT | U-5 | FORMA PAUPERIS | JAL |
| 7/5/2006 | PT | U-5 | POA-Specific, Workman's Comp Form | JAL |
| 7/7/2006 | PT | U-5 | AFFIDAVIT & 6MS | JAL |
| 7/19/2006 | PT | U-5 | 2 6ms, Writ of Mandamus, Sepcific POA, Affidavit | JAL |
| 8/2/2006 | PT | U-5 | Six month statement | JAL |