IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF JUDY LEDERMAN

I, Judy Lederman, having been duly sworn according to the law, do hereby depose and state the following:

1. I am employed by the State of Delaware, Department of Correction at the Sussex Correctional Institution in Georgetown, Delaware as a Law Librarian. I have been employed by the Department of Correction for four and a half years. My duties include the supervision of the Law Library and it's staff. I have held this position since May 2005.

2. In response to a request by the Department of Justice, I have reviewed the law library records of inmate Ronald Proctor.

3. Inmate Proctor has had twelve appointments in the law library since June 19, 2006. Inmate Proctor has had 472 photocopies made since June 19, 2006.

4. On one of the first occasions inmate Proctor came to the law library he asked for pens and a "package" of paper, indicating a ream of paper. Inmates are allowed to use as much scrap paper as they want, but they are given two pieces of clean paper at a time. Inmates are not given pens. They are allowed to buy pens in the commissary. If an inmate forgets a pen when he comes to the law library, he may borrow a library pen which he must return when he leaves.

5. On July 7, 2006, inmate Proctor came to the law library. He demanded copies two

separate times for a total of 61, taking staff time away from other inmates and other duties. He was seen shuffling the copies in with other papers, and then requested that copies of the new stack of papers be made for him.

6. On the third occasion that he wanted copies made, I told him that in the future he must assemble all his copy requests so that they may be processed at one time. The effect of his shuffling the copies around was that he was writing on the backs of the copies and then submitting them as new copies to be made. In other words he was attempting to use the back of copies as fresh paper in order to get around the two pieces of paper at a time rule. After noticing what he was doing I told him he could have no further photocopies today.

7. Inmate Proctor became belligerent when confronted about his multiple copy requests. At no time did I yell at home or threaten him. I firmly told him to leave the Law Library.

8. Inmate Proctor left two pieces of paper in the library which were subsequently returned to him.

9. I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

*Judy Lederman*
Judy Lederman

SWORN TO AND SUBSCRIBED BEFORE ME THIS __4__ DAY OF __August__ 2006.

*Veronica L Burke*
NOTARY

VERONICA L. BURKE
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires November 1, 2006