IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald E. Procter Jr.,
        Plaintiff,

V.

J. F. Seacord ET AL.,
        Defendants.

Civil No. 05-133 JFF.

FILED

AUG 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Plaintiffs Reply To States Opposition
Plaintiffs Motion For Appointment of Counsel

Comes Now Plaintiff Ronald E. Procter Jr. Prose
And Files The Foregoing Response To Defendants
Opposition To Plaintiff's Motion For Appointment of
Counsel dated 8-4-06 That would Therefore Show:

1.) Plaintiff's Position has 'NOT'
Changed But Only Gotten More Restricted by
The Direct Acts Personal who Are In Contact
With Counsel For Defendants Lisa Barch. ESq.
And The Objections Used by Counsel Barch. Are
deemed To downplay Plaintiffs Access And Are
Intended To Show Access To Plaintiff is The
Same As Any Other Inmates doing Legal Work
Within SCI. Inst. Counsels Attempts Are Fabrecentious
of Misinformation And Corrections of Allegations
Contained In Plaintiffs 7-7-06 Motion And 7-26-06
Addendum. Which If Veiwed Within Their own



direct Admissions Show Plaintiffs Access
is Not only A probable Inability But AN out-
Right Change of face And Affidavits That
do Not Show:

1.) MAJOR M. Hennesseys (SEE
Exh.A) own omissions To his direct order
"NOT" To Allow Any other legal papers into
Inst. EXCEPT The Cri. Case Plaintiff is
Currently being held on. To The direct hand-
writing Jays foundation To The Aforesaid Exhibit
C-2 Shows. In Plaintiffs 7-7-06 Motion.

"You Can get Case No. 05-133 JJF
legal papers in here. ATTNY Who Called Me
(To) Allow You have Them"...idie MAJOR M. Hennessey

2.) Judy federmans own Carefully
Contained Affidavit (Exhibit C) Showing only!
A.) PENS given ONLY while IN law lib
B.) ONLY 2 Sheets of clean papers
Given ONLY while IN law lib.
C.) That She Threw me out of law
library And didnt document doing so!
3.) Plaintiffs Access, Is Since,
7-7-06; AgAin Restricted (SEE Exhibit A-1) Thus,
Plaintiff is denied Access To Pen, Papers, Env's
"only" While in law lib. And must Write out All Items

(2)



Requested While AT Jaw lib (See Exhibit "B")
Since Inst. Does not give indigent inmates nothing
But (4) env's a Month. Thus more direct evid.
is Clearly Evident.

   4.) Plaintiffs Attempts to obtain
his legal files Were deined by victims
Who demand $10.00 A day storage In violation
of 11 Del C 846 Extortion. Thus, No access until
court intervention.
   5.) Plaintiff's Attempts to Present
The Facts Are Not only Different than other
inmate's, As Evidenced, By Their own actions,
Against Plaintiff, And Then Present to This Court
out-Right lies As Contained In Their own
Policies And Memo's That Show The Abilities
To do "Any" litigation AT SCI. Are deined
And/or Circumvented And Counselbown 19 Page
And last 2 hrs Time is Enough to Show
That Plaintiff "Cannot" do Any Thing Thats
More Than 10 Pages long And 40 mins) In
Jaw lib filling out forms Pay Doss, Requests
Etc. To Allow For More Illegal Submission
That show on one Thing Deniol of
Access To This Court. This is Evident denovo.

Dated: 8-9-06

NOTE: Plaintiff is forced to
  Use Back Sides of forms
Etc. in order To Even Notify
This Court As No Paper Pens only 4 env. Is given A Month.

Ron Rose
PO Box 500
Georgetown De 19947

## MEMORANDUM of LAW

Plaintiff has substantive right to access to the courts and not be deined or obstructed and prison officials may not "Retaliate" against appellants attempts to exercise that right (see eg., John L. Adams 969 F.2d 228, 233-34 (6th Circuit 1992) also right of access claim stated because prisoner pursuing legal action deined access to law library for 25 days during lockdown in wake of prison riot); Mitton V. Morris 767 F.2d 1443, 1447 (9th Cir 1985) The Supreme Court of The United States has held that the right of access imposes an affirmative duty on prison officals to assist inmates in preparing and filing legal papers * Bounds, 430 U.S. at 832 in Lewis V. Casey 518 U.S. 343, 349 (1996) constitutional violation shown "only" when failure to provide legal assistance or library causes actual injury to prisoners contemplated "or" existing litigation as herein Plaintiff legal materials were confiscated since June 11, 2006 And Plaintiff has shown/demonst-rated injury caused by confiscation see Lopez V. Smith 160 F.3d 564, 572 (9th Cir 1998) see also eg. Owens V. Meslinger 811 F.2d 1365, 1366 (10th Cir 1987) (Per Curiam) (Claim stated when prisoner alleged denial

---

* Bounds V. Smith, 430 U.S. 817, 828 (1977)

of Access to Courts and to legal documents while in 20 day solitary confinement) therein the Seizure of Plaintiffs legal orders by victim constitutes a fourth amendment violation and the Seizure serves no legitimate institutional interest in Hudson v. Palmer 468 U.S. at 530 the court at 528 N.8, 530 N.9 (Acknowledging Power of officials to seize inmate's property, but cautioning that this does not "mean that prison attendants can ride Roughshod over inmates' property Rights with impunity"; Prisoner's Redress may arise under administrative proceedings or state law rather than 4th amendment) as herein Plaintiff has filed administrative grievances and this court Retains jurisdiction over the department of corrections and issuance of any remedial actions thereunder by writ or as herein intervention when a statute confers an unconditional right to subject matter and appellant has exhausted administrative remedies and moved the court under 11 Del.C. § 6517(1) and within appellants claim upon any statute or executive order administered by a governmental officer or agency or upon and any regulation pursuant to the statute or rule governing Plaintiffs access.

## CERTIFICATE OF SERVICE

I, _Ronald B. Proctor Jr_ , hereby certify that I have served a true and

correct copy of the attached ___ FSD ___ upon the

following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|------|--------|----------------|
| John Williams Esq. | Proj of Justice. Dover De 19901 | Lisa Barchi Esq. Oren C Myers Esq. Proj Justice 820 N French St Wiln, De 19801 |

By placing same in a sealed, postage pre-paid envelope and depositing same in

the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown,

Delaware 19947.

This __9__ day of __Aug__ , 200__.

X _Ron Proctor_

U.S. POSTAGE
$00.87

I/M: _____ BLDG. _____
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk US Dist Ct
844 King St Lock Box 18
Wilm, De
1980

U.S.M.S.
X-RAY