STATE OF DELAWARE

COUNTY OF SUSSEX

AFFIDAVIT OF Ronald E. Proctor Jr.

I, Ronald E. Proctor Jr., being duly sworn, deposes and says:

I have 2 appeals in the Delaware Supreme Court and they are No.(s) 137, 2006 and 483, 2005. I can not do these appeal briefs due to the on-going rules, memos and out-right directed acts of Judy Lederman and other state actor's all conspiring to impose directed additional circumventions addendumed to the currents and they are directed at my person and intended to disrupt and cause my cases not to filed and or prosecuted accordingly.

I have filed an action on Judy Lederman Law Librarian who has imposed the intended sanctions against my person this is Proctor v. Kearney Et Al., C.A. No. 06-cv-418 filed 7-12-06.

I currently am unable to complete more than 3 page motions with certificate of service to (2) attorneys would take me 10 full to 14 days to do based on the 10 page limit of copys made per visit. See Exhibit "A" hereto. Much less file briefs which with appendix(es) would take me 1 month to copy. Thus, I cannot prosecute any case and/or file pleadings and clearly my research time periods are down to 20 mins a visit for a monthly total of 140 mins a month.

Subscribed and Sworn before me this 26th day of July, 2006.

Judith Ann Lederman
JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007

X _____
Sussex Correctional Institution
Route 113, P.O. Box 500
Georgetown, DE 19947

Exhibit "A"

**SCI**

# Memo

**To:** I/M Ronald Proctor, SBI # 163750
**From:** P.S. Ditto, Treatment Administrator
**CC:** Inmate File
**Date:** 7/19/2006
**Re:** Law Library

---

Mr. Proctor, effective immediately your abuse of Law Library staff & their inmate aides will cease. The SCI Law Library serves 1,200 inmates with one full-time staff & one part-time staff member. You are straining human resources by monopolizing either their time or an inmate aide every time you are in the Law Library. In addition, your demand for copies & forms is excessive & unreasonable:

6/23 – 3

6/28- 33

6/30- 33

7/5- 3

7/7- 61

7/12- 129

7/14- 179

That is a total of "441" copies & forms in less than one month.

Beginning this date you are limited to a total of ten forms and/or copies for each Law Library visit & this is generous considering the average inmate request less than two copies and/or forms a month & generally works on one case at a time. He might than need 15 copies at a visit but he will not request additional copies for 2-3 months.

I realize litigation is important to you, perhaps even your life but as the SCI Treatment Administrator I must strongly encourage you to focus on your rehabilitation & the issues that keep bringing you back to prison time & time again since 1972. You are almost 48 yrs. old & now possess five inmate files, each one 4-6 inches thick. They primarily contain conduct concerns not treatment or education accomplishments.



Exhibit A-1