01/11/2006

# SCI COMMISSARY PRICE AND ORDER LIST-PT BUILDING

FORM #: 356

| SOAPS | AMT | QTY | SHAVING ITEMS | AMT | QTY | NON-PRESCRIPTION | AMT | QTY | CLOTHING | AMT | QTY | MISCELLANEOUS | AMT | QTY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIAL-1 oz | 0.17 | | PALMOLIVE | 1.62 | | 10% ACNE GEL | 1.87 | | BOXER SHORTS | | | CORN PADS | 2.36 | |
| LECLASSIQUE | 0.20 | | MAGIC SHAVE BLUE | 2.02 | | ALLERGY-24(Chlor Trm) | 1.38 | | SM,MD,LG,XL | 1.92 | | NAIL CLIPPERS-LG | 0.76 | |
| SOAP DISH | 0.60 | | MAGIC SHAVE GOLD | 2.45 | | ANTACID LIQUID | 3.06 | | XXL, XXXL | 2.04 | | NAIL CLIPPERS-NO FILE | 0.36 | |
| | | | | | | ANTACID TAB-150 | 3.22 | | XXXXL | 2.16 | | PADLOCKS | 4.30 | |
| COMBS & BRUSH | | | AFTER SHAVES | | | ANTIFUNGAL CRM | 1.48 | | WHITE SHORTS | | | PC CLIPS | 0.24 | |
| COMBS-SM | 0.07 | | CRAWFORD MUSK | 1.22 | | ARTIFICIAL TEARS | 1.98 | | SM TO MD | 9.96 | | PHOTO ALBUMS | 2.36 | |
| COMBS-LG | 0.32 | | AFTA FRESHSCENT | 2.47 | | ASPIRIN-100 | 1.24 | | LG TO 2XL | 10.26 | | PLAYING CARDS-AVIATOR | 1.60 | |
| AFRO PIKS | 0.42 | | | | | BAYER XTRA STR-2pk | 0.47 | | 3XL | 11.76 | | PLAYING CARDS-BICYCLE | 2.28 | |
| HAIR BRUSH | 1.27 | | DEODORANTS | | | BLISTEX | 1.90 | | 4XL | 38.10 | | PINOCLE CARDS | 2.36 | |
| MILITARY HAIR BRUSH | 2.54 | | HERITAGE ROLL ON | 1.18 | | CHAPSTICK | 1.34 | | WHITE SWEATPANTS | | | SHOE LACES WHITE | 1.00 | |
| | | | MN REG DEOD STK | 2.18 | | COTTON SWABS | 1.51 | | SM, MD, LG, XLG | 12.30 | | SHOE POLISH-WHITE | 3.17 | |
| HAIR CARE | | | MN FRESH DEOD STK | 2.39 | | FOOT POWDER | 3.60 | | 2XL | 13.80 | | SHOE POLISH-BRN | 1.70 | |
| ALBERTO VO5 CONDITNE | 1.52 | | MN MUSK DEOD STK | 2.18 | | HALLS COUGH DROPS | 0.61 | | 3XL | 24.90 | | SHOPPING BAGS | 0.38 | |
| ALBERTO VO5 SHAMPOO | 1.52 | | MN ULTIMATE A/P | 3.06 | | HEMORRHOIDAL OINT | 3.28 | | 4XL | 32.10 | | WALLET EXP FOLDER | 2.23 | |
| BABY SHAMPOO | 1.68 | | AQUA SPRT GEL A/P | 2.84 | | HYDROCORTISONE CRM | 1.38 | | WHITE SWEATSHIRTS | | | WEBSTERS DICTIONAR | 1.92 | |
| SUAVE SHAMPOO | 2.28 | | | | | IBUPROFEN-50 | 2.33 | | SM, MD, LG, XLG | 8.10 | | WIRE LESS NOTEBOOK | 3.06 | |
| DANDREX | 3.20 | | LOTIONS & OILS | | | MILK OF MAGNESIA | 1.97 | | 2XL/3X | 9.30 | | | | |
| DANDRUFF SHAMPOO | 2.84 | | ALOE LOTION | 2.12 | | MUSCLE RUB | 1.94 | | 4XL/6X | 11.70 | | SHOES | | |
| SULFUR 8 SHAMPOO | 3.60 | | BABY OIL | 1.84 | | NATURAL VEG PWDR | 4.70 | | WHITE T-SHIRTS | | | FLIP FLOP SHWR SHOE | 0.91 | |
| SULFUR 8 CONDTNR | 3.37 | | COCOA BUTTER LOTION | 1.86 | | NON-ASPIRIN-100 | 2.08 | | SM, MD, LG, XLG | 1.48 | | WIDE BAND SHR SHOES | 3.07 | |
| | | | COCOA BUTTER STICK | 1.20 | | ROLAIDS | 0.65 | | 2XL | 2.56 | | NIKE TENNIS SHOE | | |
| HAIR GREASE | | | NORMAL SKIN TONE CRM | 5.12 | | STRESS(Pepto)LIQ-8oz | 2.18 | | 3XL | 3.25 | | REEBOK TENNIS SHOE | | |
| MURRAY's POMADE | 2.12 | | NOXEMA | 1.92 | | SUNBLOCK LOTION | 3.31 | | 4XL | 3.84 | | | | |
| PRO GLO POMADE | 1.55 | | PETROLEUM JELLY | 0.92 | | TANNING LOTION | 2.57 | | TUBE SOCKS | 1.19 | | | | |
| ROYAL CROWN | 1.68 | | SKIN CARE LOTION | 1.61 | | X STR TYLENOL-2pk | 0.62 | | ARCH CUSHIONS | 6.59 | | | | |
| VO 5 HAIRDRESSING | 3.72 | | | | | | | | TOWELS-24x48 | 5.99 | | | | |
| VO 5 STYLING GEL | 2.12 | | SCENTED OILS&LTNS | | | CLOTHING | | | WASH CLOTHS-12x12 | 2.39 | | | | |
| | | | CK ONE OIL | 3.95 | | | | | | | | | | |
| ORAL HYGIENE | | | ETERNITY OIL | 3.95 | | | | | STATIONARY ITEMS | | | | | |
| COLGATE | 1.49 | | C K ONE LOTION | 2.62 | | THERMAL TOPS | | | ENVELOPES-WHITE | 0.42 | | | | |
| COLGATE "TOTAL" | 3.46 | | ETERNITY LOTION | 2.60 | | SM, MD, LG, XLG | 4.02 | | ENVELOPES-6x9 | 0.69 | | | | |
| EFFERDENT IND PK | 0.07 | | | | | 2XL | 4.20 | | ENVELOPES-10x13 | 0.69 | | | | |
| EFFERGRIP | 4.46 | | POWDERS | | | 3XL | 4.38 | | WHITE NOTE PADS | 0.42 | | | | |
| MINT MOUTHWASH | 1.19 | | BABY POWDER | 1.55 | | 4XL | 4.68 | | WHITE WRITING PADS | 0.70 | | | | |
| TOOTHBRUSH HOLDER | 0.40 | | BATH & SHOWER PW | 1.79 | | THERMAL BOTTOMS | | | YELLOW LEGAL PADS | 1.01 | | | | |
| TOOTHBRUSH | 0.38 | | | | | SM, MD, LG, XLG | 4.02 | | COLORED PENCILS-EAGL | 2.42 | | | | |
| | | | | | | 2XL | 4.20 | | #2 PENCIL w/ERASER | 0.12 | | | | |
| | | | | | | 3XL | 4.38 | | PENS-BLACK | 0.24 | | | | |
| | | | | | | 4XL | 4.68 | | CARD STOCK | 0.05 | | | | |

ALL ORDERS MUST BE TURNED IN NO LATER THAN 0800 TUESDAY MORNING. PLEASE PRINT, IF WE CANNOT READ IT, WE WON'T FILL IT. PLEASE INDICATE IF YOU WANT US TO SUBSTITUTE ITEMS FOR YOU. SUBSTITUTE: YES ___ NO ___

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE

NAME: Ronnie Decoste   SBI#: 163150   LOCATION: 31-506   DATE: 8-2-06

INMATE'S SIGNATURE: _____   OFFICER'S SIGNATURE: _____

Exhibit B