IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR JR.,
Plaintiff,

V.                                     CA. No. 05-133 JJF

STANLEY TAYLOR, ET AL.,
Defendants.

FILED
AUG 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Addendum to Plaintiff's Response
Opposition to Plaintiff Motion for Appointed
Counsel and Plaintiff's Motion for Joiner
of Claims

Comes Now Plaintiff Ronald E Proctor Jr., Prose In The Above Styled Cause And In The Furtherence of Plaintiff's Limited Response filed In The Week of Aug 7-11*-2006 Plaintiff Would Pro-offer Addendum To Counsel for Defendants 8-4-06 Numbered oppositions 1 Through 11 In That Plaintiff Can only Write And Copy 5 Pages No More due To 6-19-06* limits Imposed upon Plaintiff That Other I/m's AT Any Institutions With All 7,000 I/m's Are NOT Subjected To Which is Clearly Evident That Counsels for Defendants is IN daily Beckon And Call To Continue To Stop, Delay Add

---

*Plaintiff Cannot Retain Copies of Any Thing he files due To The 7-19-06 Memo limiting Plaintiff To 10 Copies

MORE CONSTRAINTS AND CONTINUE IN A CONSPIRED CONSORTIUM TO DENY PLAINTIFF RIGHTS THAT OTHER I/M's ARE 'NOT' EXPOSED TO AT ANY TIME IN THEIR INCARCERATION AND WITHOUT COURTS INTERVENTION AND/OR APPOINTMENT OF COUNSEL WILL FORCE UPON PLAINTIFF TO STOP TRYING TO ENFORCE THE SAME NEXUS OF ACTS ALREADY IMPOSED THAT WOULD THERE FOR SHOW:

1.) PLAINTIFF ADMITS HERE AT S.C.I. INST. AT GEO. DR. BUT PLAINTIFF IS HELD IN PRE-TRIAL DETENTION AND AT MAXIUM SECURITY LEVEL OF 3 HRS A DAY OUT OF CELL AND ONLY LIMITED ACCESS TO ANYTHING EXCEPT 3 MEALS AND A MATRESS TOILETTE AND SINK AND ANOTHER I'M FOR 21 HRS A DAY, 7 X DAYS A WEEK AND FOR THE SAME CHARGES (MINOR) OTHER SIMILIAR I/M's ARE OUT-OF THEIR CELLS FOR 11 HRS A DAY REC. PERIODS. THUS, I AM BEING HELD IN PUNITIVE SEGREGATION FOR A MINOR INFRACTIONS AND A $3,000.00 SEC. BOND W/ A CONDITIONAL RELEASE VIOLATION THUS, LETS DEF COUNSEL COME UP WITH A B.S. EXCAUSE FOR THAT.

2.) COUNSELS SUMMARY OF EVENTS ARE CORRECT IN THAT AND UP TO THE PORTION ABOUT PLAINTIFF NEVER FILED AN ANSWER

(2)

TO COUNSELS 3-15-06 MOTION TO DISMISS, I FILED AN-SWER.

3.) AS COUNSELS POSITION AS TO MY MOTION THE 1.) AND 2.) ARE CORRECT PLAINTIFF STILL DOESN'T HAVE ACCESS TO HIS FILES, SINCE THE PERSON WHO IS HOLDING THEM IS DEMANDING $10.00 A day EXTORTION DEMAND FROM PLAINTIFFS REPRESENTATIVES WHO ATTEMPTED TO GET PLAINTIFFS FILE FROM THE HOLDER TO NO AVAIL!

AS TO THE ISSUE OF PENS AND PAPER PLAINTIFF CAN ONLY GET 2 PAGES OF CLEAR PAPER WHITE IN THE LAW LIB AND THEY MUST BE WRITTEN ON IN THE 35 MIN TIME PERIODS GIVEN THUS NO CLEAR PAPER IS GIVEN TO INMS AT SCI EXCEPT THE f— LAW LIB AND NO PEN'S ARE GIVEN EXCEPT AT THE LAW LIB AS EVIDENCED IN PLAINTIFF EXHIBIT "B" Thus, OUT SIDE OF

(3)

less than 35 mins of time to/in law lib. Plaintiff can NOT get a pen or paper except what plaintiff is Now using of his cell mates and used paper that Counsel has access to plenty of. By Counsel Would defend people who make up Rules they are admitting to in their own affidavits That is kind of access to the courts.

4.) Counsel attempts to twist the Right of Access to Counsel unless Probable Inability exist well I ask this court come spend one day and see what limits imposed upon me consist of or hold a hearing and allow me to bring

(4)

other Smithe started him to say the same thing.

5.) This suit is NOT about Plaintiff EVER Being Cap-Stun Because Plaintiff Never was Cap-Stunned, Counsels Misinformation is Not only a lie it is No Where in the Record. Whos more Plaintiff know Ever word said And Plaintiff in his complaint said Capt. Clyde Sears said He Cuff And Stuff Plaintiff. So Have counsel take that Back Why Cause if Plaintiff was ever Sprayed By Any Guard ever in Delaware Prisons. Plaintiff

(5)

Would Be on Death-Row!

6.) Counsel is correct that Plaintiff has filed numerous exhibits in all his postings up to the 7-19-06 memo that stopped all over 10 pages or forms as evid. of Exhibit A-1 in Plaintiff's Response Aforesaid....

But the Court should look at Counsels 8-4-06 long and detailed Motion to Deny Counsel and Notice NO 7-19-06 Memo was contained or said about.... Gtee now Im stupid as the Blind Geese flying

(6)

By. And I guess the zhrs it took to write all of the foregoing could of been done in the law lib? Counsel thinks both the court and I can see through their games. And if plaintiffs situation is not any different than any other I/m's incar. Then show me ONE! Counsel can't and counsel knows this to be true!

M.) Counsel again attempts to say blam that plaintiff was NOT incar. when a brief was due on May 8, 2006. This is NOT TRUE. The Delaware Supreme Court docket in Appeal No. 483, 2005 clearly shows the Delaware Supreme Court remand the case to Superior Court in

(7)

order to Re-est. The missing transcript and Plaintiff has wrote the court to obtain this to show counsel assume's so she make a fool out of you and me at her own pleasure.

8.) Plaintiff can only speak the truth that is what has gotten him this far. And without Counsel Robert Ashleey's deposition and C.i. discovery direct evid and Jackey ___ incident and counsels own J/m logs show that Plaintiff was next to J/m Wayne Thomas who threw shit, piss, food anything at Plaintiff through his food flap and C/os allowed this to go on for 8 months day in and day out and Plaintiffs files will show 20 to 60 J/m witness who wrote

Plaintiff notes and viewed daily incidents against Plaintiff who told Sgt./Lt Seacord that he should not be put into a cell next to Jim Wayne Thomas. And Counsel's own Jos Shaw the continued placement and the records of Superior Court Show Jim Wayne Thomas was charge for Assault against Plaintiff.

9.) Counsel's own omission of the 7-19-06 10 page limit was NOT IN EFFECT from 6-12-06 to 7-18-06 Thus, had Counsel included the memo of Cpl. ___ to the answer to #9.) would be and is MOOT, But Counsel own words say it all.

"He has received pens paper according to the same rules that other inmate follow"

Other Im's don't have holds on their accounts Plaintiff came in SCI with $20.00 cash it is gone and 25¢ a page and postage etc. See

Plaintiff Informa Pauperis is attached hereto. Old Balance is 143.00 Medical $3,000.00 for legal copies at 25¢ a page. NO were in the USA. Does any other I/m's charged .25¢ a page for copies and 25¢ a page for Court Forms that NO court charges for That is FRAUD. As counsel to come with a good white lie to that I know 2,500 I/m's who don't litigate because of the strain up familiss ek.

10.) Counsel own words are are complete lie intended to blow smoke up the Courts eyes. Time and Resources, if you call a borrowed pen and used paper adequate resources Then (10)

I need to see.

11.) Counsel own reason to deny a T.R.O. is clearly what is going on now. Plaintiff can successfully win this case denovo on the records. Plaintiff as an I'm cannot have access to I.D.J.E. other I/m's re: files discovery etc.

Wherefore this Court needs to take this case into an attorneys hands so the facts and evidentary exhibits will show a clear failure to protect and imminent danger upon Plaintiff by the threats of death and retalitory nexus is evident herein.

Ted 8-14-06.

X [signature]
Ron Proctor
P.O. Box 500
8201 D 19947

