## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

## **SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Deputy Attorney General Stacey Xarhoulakos hereby enters her appearance in lieu of Deputy Attorney General Lisa Barchi as counsel for State Defendants Stanley Taylor, Thomas Carroll, David Pierce, Thomas Seacord, Francis Kromka, and Brian Engrem.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
| /s/ Lisa Barchi<br>Lisa Barchi<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>lisa.barchi@state.de.us | /s/ Stacey Xarhoulakos<br>Stacey Xarhoulakos<br>Deputy Attorney General<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>stacey.xarhoulakos@state.de.us |

Date:  October 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 30, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Ronald Proctor
SBI #163750
Sussex Correctional Institution
PO Box 500
Georgetown, DE 19947

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us