November 1, 2006

Hon. Joseph J. Farnan, Jr.,
U.S. District Court
844 King St., Lock Box 18
Wilm., DE 19801

Re: Proctor v. Taylor et al., CA. No. 05-133 ___

Dear Judge Farnan:

I hope this finds you well and I saw your appointment to 3rd Cir. But have been unable to confirm if you were excepted to the 3rd Cir.

I have two issues, that I need the Court, to take, Judicial Notice of.

1.) The Court's docket, needs to be corrected to Proctor v. Taylor et al., I don't know were Proctor v. Thomas came from. I had another case of that heading but the court dismissed it.

2.) I need the Court to Rule on the Motion for Apt. of Coun. I filed in that it took the Alternative Dispute Resolution "off" the table set for 8-21-06 and now after both sides have filed objections etc. to my Apt. of Counsel the case has laid dormant for over (2) months w/out the Court's attention

over ➔

FILED 2006 NOV -3 PM 4:20 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

or ruling on the motion for counsel.

I am unsure of your still, at the Court, or the status of pleadings, but, I would hope, this letter, will act as a conductive effect to move the motion along so I can obtain a ruling or get the matter again before Magistrate Mary Pat Thynge for resolution proceedings.

Thankyou for your attention in the manner aforesaid. And have a nice holiday season. And I hope you get appointed to the 3rd Cir.

Very truly yours,

X _____

Ronald Proctor  163750
P.O. Box 500 @ 506
Georgetown, Delaware 19947

Certificate of Service

I do hereby state a copy of this has been sent to: Stacy Xarhoulakos Esq. Dept of Justice 820 N. French St. Wilm De 19801 this 1 day of Nov 2006.

