IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-133-JJF |
| ) | |
| STANLEY TAYLOR, ) | |
| THOMAS CARROLL, DAVID PIERCE, ) | |
| THOMAS SEACORD, ) | |
| FRANCIS KROMKA, and ) | |
| BRIAN ENGREM ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF**

COME NOW the Defendants Stanley Taylor, Thomas Carroll, David Pierce, Thomas Seacord, Francis Kromka, and Brian Engrem ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Ronald Proctor ("Plaintiff"), an incarcerated individual:

1.   Plaintiff is an inmate incarcerated at Sussex Correctional Institution in Smyrna, Delaware.

2.   Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

3.   Plaintiff, on July 14 2006, filed a Motion to Stay the proceedings in conjunction with his Motion for Appointment of Counsel to which State Defendants filed an opposition on August 4, 2006.

4.   Counsel for the Defendants was only recently transferred this case and became aware of the pending Motion to Stay as well as the scheduling order indicating

that the fact discovery deadline in this matter was November 7, 2006 and case dispositive motions are due by February 7, 2007.

    3.     Although the fact discovery deadline has passed, counsel is requesting leave of the Court to depose plaintiff as discovery inactivity is likely the result of the pending Motion to Stay. The taking of plaintiff's deposition will not prejudice either party and will further the judicial process.

    4.     In the alternative, counsel for defendants requests an extension to the discovery deadlines until such time as a decision is rendered on the Motion to Stay.

    5.     Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

    6.     A form of order is attached to this motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Ronald Proctor.

                                              STATE OF DELAWARE
                                              DEPARTMENT OF JUSTICE

                                              /s/ Stacey Xarhoulakos_____
                                              Stacey Xarhoulakos, I.D. No. 4667
                                              Deputy Attorney General
                                              Carvel State Office Building
                                              820 North French Street, 6th Floor
                                              Wilmington, DE 19801
                                              (302) 577-8400
                                              stacey.xarhoulakos@state.de.us
                                              Attorney for Defendants

Dated: December 8, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| RONALD PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-133-JJF |
| ) | |
| STANLEY TAYLOR, ) | |
| THOMAS CARROLL, DAVID PIERCE, ) | |
| THOMAS SEACORD, ) | |
| FRANCIS KROMKA, and ) | |
| BRIAN ENGREM ) | |
| ) | |
| Defendants. ) | |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies that:

1. Plaintiff Ronald Proctor is currently incarcerated and it is not practical for undersigned counsel to communicate with him concerning Defendants' Motion for Leave to Depose Plaintiff.

2. Undersigned Counsel assumes that the Motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: December 8, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-133-JJF |
| ) | |
| STANLEY TAYLOR, ) | |
| THOMAS CARROLL, DAVID PIERCE, ) | |
| THOMAS SEACORD, ) | |
| FRANCIS KROMKA, and ) | |
| BRIAN ENGREM ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This _____ day of _____, 2006,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Ronald Proctor pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Ronald Proctor.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff* with the Clerk of Court using CM/ECF. I hereby certify that on December 8, 2006, I have mailed by United States Postal Service, the document to the following non-registered party:  Ronald Proctor.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants