IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-133-JJF |
| ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, ) | |
| THOMAS CARROLL, DAVID PIERCE, ) | |
| THOMAS SEACORD, ) | |
| FRANCIS KROMKA, and ) | |
| BRIAN ENGREM ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF DEPOSITION

TO: Ronald Proctor
SBI #00163750
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Ronald Proctor will be taken by Stacey Xarhoulakos, Deputy Attorney General, on Tuesday, February 6, 2007 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

Dated: January 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I electronically filed *Notice of Deposition* with the Clerk of Court using CM/ECF.  I hereby certify that on January 17, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Ronald Proctor.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants