**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:** New Castle County

January 31, 2007

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

                Re:  <u>Ronald Proctor v. Stanley Taylor, et al.,</u>
                     C.A. No. 05-133-JJF

Dear Judge Farnan:

      The defendants' motion for leave to depose plaintiff was granted by the Court (D.I. 39) and the deposition has been scheduled for February 6, 2007. Thus, the parties have agreed to amend the scheduling order, subject to order of the Court. Enclosed please find the Stipulated Amended Scheduling Order submitted for the Court's consideration.

      I remain available at the Court's convenience should anything further be required.

                                                        Respectfully,

                                                        /s/ Stacey Xarhoulakos
                                                     Deputy Attorney General

Enclosure
cc:     Ronald Proctor