IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 05-133-JJF |
| | ) |
| STANLEY TAYLOR, | ) |
| THOMAS CARROLL, DAVID PIERCE, | ) |
| THOMAS SEACORD, | ) |
| FRANCIS KROMKA, and | ) |
| BRIAN ENGREM | ) |
| | ) |
| Defendants. | ) |

**STIPULATED AMEDED SCHEDULING ORDER**

Whereas plaintiff Ronald Proctor's deposition will be taken on February 06, 2007 and the parties agree that as a result amendments to the existing scheduling order are necessary, the parties hereby stipulate, subject to the order of this Court, to the following deadlines:

Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **Wednesday, February 28, 2007**; from the Defendants by **Thursday, March 14, 2007**.

Case dispositive motions shall be served and filed on or before **Friday, April 6, 2007**.

_____  1-24-07
Ronald Proctor
Pro Se, Plainitff
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

SO ORDERED, this _____ day of _____, 2007.

_____
U.S. District Court Judge