IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, )<br>THOMAS CARROLL, DAVID PIERCE, )<br>THOMAS SEACORD, )<br>FRANCIS KROMKA, and )<br>BRIAN ENGREM )<br>)<br>Defendants. ) | C.A. No. 05-133-JJF |

**STIPULATED AMEDED SCHEDULING ORDER**

Whereas plaintiff Ronald Proctor's deposition will be taken on February 06, 2007 and the parties agree that as a result amendments to the existing scheduling order are necessary, the parties hereby stipulate, subject to the order of this Court, to the following deadlines:

Reports from retained experts required by Fed. R. Civ. P. 26(a)(2) are due from the plaintiff by **Wednesday, February 28, 2007**; from the Defendants by **Thursday, March 14, 2007**.

Case dispositive motions shall be served and filed on or before **Friday, April 6, 2007**.

_____  1-24-07
Ronald Proctor
*Pro Se*, Plainitff
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_____
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
Attorney for Defendants

SO ORDERED, this \_\_6\_\_ day of \_\_February\_\_ 2007.

_____
U.S. District Court Judge