IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR JR.,
Plaintiff,

v.                                          C.A. No. 05-133-JJF

STANLEY TAYLOR ETAL,
Defendants.

FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Motion for the Appointment of Counsel

Comes Now Plaintiff, Ronald E. Proctor Jr., Plaintiff in the above styled action pursuant to 28 USCS § 915(d) that would therefore show:

1.) The Plaintiff is unable to afford Counsel.

2.) The Issues Involved in this Case are Complex.

3.) The Plaintiff as a Segregated Segregation Inmate, has extremely limited access to the Law Library. (See Exhibit "A")

4.) The same conditions of confinement and contact with the same inmates who pose a danger to Plaintiff are still present and no correction has been instituted or implemented. (See Exhibit B)

5.) The case involves medical issues that will require expert medical psy testimony.

6.) Plaintiff cannot obtain or speak with other witnesses who will be needed to testify at trial.

7.) Plaintiffs current placement in punitive segregation since his return on 1-8-07 is also a clear intended retaliatory nexus of on-going litigation in the above styled cause.

8.) As set for in the memorandum of law in the original complaint this action is a clear failure of defendants to protect action with ongoing violations as contained in (Exhibit B.)

Wherefore for the foregoing reasons herein appointment of counsel should be granted.

Respectfully Submitted,

X _____
Ronald E. Proctor Sr.,
1181 Paddock Rd 19B114
Smyrna, Delaware 19977

Dated: 3-15-07

## Certificate of Service

I, Ronald E. Proctor Jr., Prose Plaintiff in the foregoing motion has Provided By First Class mail one Hand Copy too: Counsel of Defendants:

Stacey Xarhoulakas
Dep. Atty Gen.
820 N. French St
Wilm, DE 19801

This 19th day of March 2007

X _____
Ronald E. Proctor Jr

