MEMO

TO: I/M Ronald Proctor #163750

FROM: Brian Engrem, SHU Law Library Paralegal

DATE: February 9, 2007

RE: Photocopy Request

Your photocopy request is denied. There is no indication that your request is related to your current confinement. In addition, your request for photocopies should be identified on your request form. You have the option of sending your request to the Business Office with a pay-to ($.25 cents/page). You must have sufficient funds in your account.

NOTE: This is Illegal And Grieve. #308A) Filed But The out-look is No Civil Actions Copies will be made Thus denying Access To Service of Process upon the Def. Counsel.

Ron Proctor

Cc: File

Exhibit A