IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Ronald E. Proctor Jr
Plaintiff

C.A. No. 05-133JJF

Stanley Taylor et al.,
Defendant

**AFFIDAVIT**

I, Ronald E. Proctor Jr, being duly sworn, deposes and says: On 1-16-07 (Tue) at 2:00pm a C/O came onto 18 D u 2 and told me I was to move. Upon moving me to 18 C u 8 another I/m started telling the C/O's who moved me "why you putting that snitching assed Proctor, next to me, I want to see the Sgt Bambi Thomas Sic., etc.,". Upon hearing the I/m's voice I knew it was the same I/m who assaulted me I/m Wayne Thomas, I told the C/O who put in the cell that I should NOT be near that I/m W. Thomas and a civil action was pending for assault in the above styled cause. Then 10-20 mins later Lt. F. Seacord also a def. in the above action stood out-side my door with a counselor and said. Proctor you know they are not going to let you out of the SHU. And Seacord they/that did not speak to me and in doing so they classified me to SHU. From Pre-Trial without any justification or reason(s) in doing so, but the intent clearly was retaliatory.

X
Affiant Ronald E. Proctor Jr

Subscribed and sworn to before me this 26th day of January, 2007

Brian D. Engrem
Notary

Brian D. Engrem
Notary Public, State of Delaware
My Commission Expires June 14, 2008

Exhibit "R"