IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-133-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, on July 14, 2006, Plaintiff filed his first Motion To Appoint Counsel (D.I. 25);

WHEREAS, on March 21, 2007, Plaintiff filed a second Motion To Appoint Counsel (D.I. 43) which was docketed by the Court on March 22, 2007;

WHEREAS, on the same day, March 22, 2007, the Court issued a Memorandum Order (D.I. 44) denying Plaintiff's first Motion To Appoint Counsel (D.I. 25);

NOW THEREFORE, IT IS HEREBY ORDERED that, for the reasons discussed in the Court's Memorandum Order (D.I. 44) with respect to the first Motion To Appoint Counsel, Plaintiff's second Motion To Appoint Counsel (D.I. 43) is **DENIED**.

April 4, 2007

_____
UNITED STATES DISTRICT JUDGE