## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | JURY TRIAL REQUESTED |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendants Commissioner Stan Taylor, Warden Thomas Carroll, Deputy Warden David Pierce, Corporal Frank Kromka, Brian Engrem, Captain Clyde Segars, and Lieutenant Thomas Seacord ("Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against them pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. In support of the Motion, Defendants have filed simultaneously herewith Defendants' Opening Brief In Support Of The Motion for Summary Judgment.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against them with prejudice.

- 2 -

                                        **DEPARTMENT OF JUSTICE**
                                        **STATE OF DELAWARE**

*/s/ Stacey Xarhoulakos*
Stacey Xarhoulakos (#4667)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

Dated: April 9, 2007                      *Attorney for Defendants*

## *CERTIFICATE OF SERVICE*

I hereby certify that on April 9, 2007, I electronically filed *Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF. I hereby certify that on April 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered party: Ronald Proctor.

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. No. 4667
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendants*

3