## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RONALD PROCTOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-133-JJF |
| | ) | |
| STANLEY TAYLOR, | ) | |
| THOMAS CARROLL, DAVID PIERCE, | ) | JURY TRIAL REQUESTED |
| THOMAS SEACORD, | ) | |
| FRANCIS KROMKA, and | ) | |
| BRIAN ENGREM | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon Defendants' Motion For Summary Judgment pursuant to Federal Rule Of Civil Procedure 56(c) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaint filed in the above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendants Commissioner Stan Taylor, Warden Thomas Carroll, Deputy Warden David Pierce, Corporal Frank Kromka, Brian Engrem, Captain Clyde Segars, and Lieutenant Thomas Seacord.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Joseph J. Farnan
United States District Court Judge