# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD PROCTOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY TAYLOR, )<br>THOMAS CARROLL, DAVID PIERCE, )<br>THOMAS SEACORD, )<br>FRANCIS KROMKA, and )<br>BRIAN ENGREM )<br>)<br>Defendants. ) | C.A. No. 05-133-JJF |

### AFFIDAVIT OF MICHAEL MCCREANOR

MICHAEL MCCREANOR, having been duly sworn according to law, deposes and states as follows:

1. I am currently employed by the State of Delaware, Department of Correction, as the Inmate Grievance Chair at the Delaware Correctional Center ("DCC") in Smyrna, Delaware. My responsibilities include keeping and maintaining a computer log of inmate grievances.

2. I am not a defendant in this action.

3. I have reviewed grievances filed by Ronald Proctor (SBI # 163750) from 2002 to September of 2005 for grievances related to the failure to protect allegations in his Complaint. The search was for grievances referencing Wayne Thomas or Robert Ashley or grievances referencing a "No Contact" order.

4.  Proctor filed a grievance on March 2, 2005 that referenced inmate Wayne Thomas. (Exhibit "I"). The grievance, however, was filed with respect to alleged actions of Sergeant Thomas and the relief requested was with regard to Sergeant Thomas. The grievance denied as non-grievable.

5.  Proctor filed a grievance on March 11, 2005 that mentions Wayne Thomas by name. (Exhibit "J"). This grievance, however, was filed with respect to allegations related to a shakedown and the relief requested was with regard to Sergeant Thomas. The grievance was denied because the time for filing had expired.

6.  The search did not uncover any other grievances filed by Proctor naming Robert Ashley, Wayne Thomas, or a "No Contact" order.

6.  I have made these statements based upon my personal knowledge, specialized training, and experience as an employee of the Department of Correction.

_/s/ Michael McCreanor_
Michael McCreanor

SWORN TO AND SUBSCRIBED BEFORE ME THIS __4__ DAY OF __APR__, 2007.

_/s/_
NOTARY