# EXHIBIT D

IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RONALD E. PROCTOR, JR., | § | |
| | § | No. 67, 2006 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for New Castle County |
| STANLEY TAYLOR, E. BURRIS, | § | C.A. No. 05M-04-019 |
| JOHN DOE, REBECCA | § | |
| MCBRIDE, M. JANE BRADY, | § | |
| | § | |
| Defendants Below, | § | |
| Appellees. | § | |

## ORDER

This 4th day of April 2006, it appears to the Court that, on February 28, 2006, the appellees filed a motion to dismiss this appeal the ground of mootness. The appellant failed to respond to the motion to dismiss within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed. *See* Supr. Ct. R. 3(b)(2)(a), 29(b), 30(d).

NOW, THEREFORE, IT IS HEREBY ORDERED, pursuant to Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Myron T. Steele
Chief Justice