# EXHIBIT I

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/05/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PROCTOR, RONALD E J | SBI# : 00163750 | Institution : DCC |
| Grievance # : 12747 | Grievance Date : 03/02/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Staff Issues | Incident Date : 03/02/2005 | Incident Time : 11:22 |
| IGC : Curlett, Dawn M | Housing Location : Bldg 19, Upper, Tier B, Cell 4, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: ON 3-2-05 I ORDER TO REPORT THE THROWING OF A)PISS B)SHIT C)FOOD BY I/M WAYNE THOMAS 19DU1 I SHOWED C/O LECATE AT WHICH C/O LECATES DIDNT REPOND I HAD MY ARE POINTING OUT SHOWING TRAY THROWN AND FOOD PISS & SHIT THROWN AT MY FOOD FLAP. C/O LECATES PUSHED MY ARM INTO FLAP AND SLAMNED THE FLAP SHUT. SPYING OUR HOLDING YOUR TRAY I PLACED TRAY ON FLAP KNOWINGLY AWARE HE'S LYING AND HE DIDNT GIVE ME TIME NOR DID HE ORDER TO GIVE TRAY! THEN AS I LOOKED UP MY DOOR FLEW OPEN AND SGT. THOMAS STORMRED INTO CELL W/OUT SAYING A WORD AND WITH A CLOSED FIST STRUCK ME INTO MY CHEST AREA WITH ENOUGH IMPACT TO CAUSE ME TO LOOSE CONSINENESS AND FALL BACK WHEN I LOOKED UP HE WAS SLAMMING THE DOOR WALKING AWAY SAYING I DONT WANT TO HEAR SHIT.

REMEDY REQUESTED: REQUEST FOR IA IVEST AND TO INSTITUTE CRIMINAL CHARGES AGAINST SGT THOMAS

Remedy Requested : REQUEST
**IGC IS NOT CONNECTED TO IA AND DOESN'T HAVE THE POWER TO PRESS CHARGES**

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : |
| Grievance Amount : | |