# EXHIBIT J

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 02/05/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : PROCTOR, RONALD E J | SBI# : 00163750 | Institution : DCC |
| Grievance # : 13156 | Grievance Date : 03/15/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Resol. Date : |
| Grievance Type: Staff Issues | Incident Date : 03/11/2005 | Incident Time : |
| IGC : Curlett, Dawn M | Housing Location: Bldg 19, Upper, Tier B, Cell 4, Single | |

### OFFENDER GRIEVANCE DETAILS

Description of Complaint: ON 3-11-05 I WENT AND SAW CAPT C SEGARS AND TOL HIM ALL ABOUT INCIDENTS 8-4 AND 4-12 HAVE DONE TO ME SINCE C/O KITCHINGS INCIDENT WERE HE STOOD OUTSIDE MY DOOR AND HELP UP A NOTE SGT LITTLE GAVE HIM IMPLICATING I/M W. THOMAS 19DU1 AS HAVING A METAL OBJECT IN HIS VENT (AND STILL DOES HAVE IT IN VENT) THUS AFTER 3-11 MEETING ON 3-12-05 ALL CELLS WERE SHOOKDOWN AND ALL I/MS WERE TOLD THEY WERE SHOOKDOWN BECAUE OF PROCTOR SGT THOMAS TOLD IMS THIS AND I/MS WROTE ME NOTES TELL ME SAME ALSO I WAS ON I/M ON TIER WHO WAS STRIPPED SEARCHED AND C/O LECATES TOOK BOW, CUP, 3 MAGAZINES EVIDENCE OUT OF 2 LEGAL FILES, WATCH PARTS BAG OF CEREAL ETC NO 537 W/GIVEN AND I/M RAY 19DU6 W/SGT THOMAS AS SAW MY NAME ON MAGS HE STARTED TAKING AND SEARCHING OTHER WIDE HE ONL LOOKED AROUND THE ENTIRE CELLS 1 THRU 12 19 BU1 HAVE NOT BEEN SHOOKDOWN SINCE AUGUST 2004

REMEDY REQUESTED: INVESTIGATE AND CHECK LOGS TO SHOW SGT THOMAS HAS BEEN COOKING THE BOOKS FOR MONTHS NOW AND NO CELLS ARE SHOOKDOWN UNTIL I STARTED REPORTING C/O'S ACTS TO BURRIS DW

Remedy Requested : EXPIRED FILING PERIOD

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| Medical Grievance : NO | Date Received by Medical Unit : |
| Investigation Sent : | Investigation Sent To : |
| Grievance Amount : | |

Page 1 of 3