IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-133-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, on April 9, 2007, Defendant filed a Motion For Summary Judgment (D.I. 46);

WHEREAS, Plaintiff's Answering Brief to the Motion For Summary Judgment was due April 26, 2007;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, May 11, 2007.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

May 2, 2007

_____
UNITED STATES DISTRICT JUDGE