IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
|     Plaintiff, | : |
| v. | : Civil Action No. 05-133-JJF |
| JT. F. SEACORD, et al., | : |
|     Defendants. | : |

### O R D E R

WHEREAS, a Pretrial Conference has been set for Thursday, May 10, 2007 (D.I. 22);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Attorney General for the State of Delaware shall make all necessary arrangements for guards and transportation of Plaintiff Ronald E. Proctor, Jr., who is in State custody, to and from his place of incarceration, in order to attend all stages of trial and pretrial. The Attorney General shall also arrange for all other witnesses in State custody or employed by the State to attend trial and testify.

2) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference. Counsel should be available during the 120 day period for trial.

May 7, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE