**JOSEPH R. BIDEN, III**
**Attorney General**



**DEPARTMENT OF JUSTICE**

**NEW CASTLE COUNTY**
**Carvel State Building**
**820 N. French Street**
**Wilmington, DE  19801**
**Criminal Division (302) 577-8500**
**Fax: (302) 577-2496**
**Civil Division (302) 577-8400**
**Fax: (302) 577-6630**
**TTY: (302) 577-5783**

**KENT COUNTY**
**102 West Water Street**
**Dover, DE 19904**
**Criminal Division (302) 739-4211**
**Fax: (302) 739-6727**
**Civil Division (302) 739-7641**
**Fax: (302) 739-7652**
**TTY: (302) 739-1545**

**SUSSEX COUNTY**
**114 E. Market Street**
**Georgetown, DE  19947**
**(302) 856-5353**
**Fax: (302) 856-5369**
**TTY: (302) 856-2500**

**PLEASE REPLY TO:**
New Castle County

May 8, 2007

The Honorable Joseph J. Farnan
U.S. District Court
District of Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re:     ***Ronald Proctor  v. Stanley Taylor, et al.,***
**C.A. No. 05-133-JJF**

Dear Judge Farnan:

Counsel for Defendants respectfully requests a continuance of the pretrial conference date.  The pretrial conference is scheduled for May 10, 2007 at 10:30.  Due to inadvertent attorney oversight and the transfer of the case within the unit, counsel did not have this pretrial conference on her calendar.  As a result, a pretrial order has not been completed in the matter.  Counsel received Your Honor's Order filed today (D.I. 49) which alerted her to the error.

For these reasons, counsel respectfully requests that the pretrial conference be continued to a later date so the parties may attempt to provide the Court with a meaningful pretrial statement.  Of course, counsel will be available and have the plaintiff transported for the conference on Thursday should the Court wish to proceed.

I apologize for any inconvenience I may have caused the Court and remain completely available to the Court should anything further be required.

Respectfully,

/s/ Stacey Xarhoulakos
Deputy Attorney General

Cc:      Ronald Proctor