

## Other Orders/Judgments
1:05-cv-00133-JJF Proctor v. Taylor et al.
MEDIATION



**U.S. District Court**

**District of Delaware**

### Notice of Electronic Filing

The following transaction was entered on 5/2/2007 at 4:58 PM EDT and filed on 5/2/2007
**Case Name:** Proctor v. Taylor et al.
**Case Number:** 1:05-cv-133
**Filer:**
**Document Number:** 48

**Docket Text:**
ORDER setting Answer Brief deadline re [46] MOTION for Summary Judgment. Answering Brief due 5/11/2007. Signed by Judge Joseph J. Farnan, Jr. on 5/2/2007. (lec)


**1:05-cv-133 Notice has been electronically mailed to:**
Stacey Xarhoulakos  stacey.xarhoulakos@state.de.us

**1:05-cv-133 Notice has been delivered by other means to:**

Ronald E. Proctor, Jr
#163750
Sussex Correctional Institution
P.O. Box 500
Georgetown, DE 19947

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/2/2007] [FileNumber=381455-0]

[1e283c3f4f4e63cf999faf94eabddc6a9696ea6ca4598ed3557462b42d87151c2fce4
18f713ede6eac82ac5cf0c56e3db979c4fc6e38348f926bb1a25f47a371]]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,            :
                                   :
        Plaintiff,                 :
                                   :
   v.                              :  Civil Action No. 05-133-JJF
                                   :
STANLEY TAYLOR, et al.,            :
                                   :
        Defendants.                :

## ORDER

WHEREAS, on April 9, 2007, Defendant filed a Motion For Summary Judgment (D.I. 46);

WHEREAS, Plaintiff's Answering Brief to the Motion For Summary Judgment was due April 26, 2007;

WHEREAS, to date, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, May 11, 2007.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

May 2, 2007                    _____
                               UNITED STATES DISTRICT JUDGE