

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Ronald E. Proctor Jr
APPELLANT,

v.   C.A. No. 05-133 JJF

S. Taylor, ETAL.,
APPELLEE,

### 3rd MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, Ronald E. Proctor, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.
2. Appellant is unskilled in the law.
3. The administration at the Delaware Correctional Center where the appellant is held limits his access to the law library.
4. Appointment of counsel would serve the best interests of justice in this case.

WHEREFORE, appellant prays this Honorable Court appoint counsel to represent the appellant.

DATE: May 22, 2007

Name: Ronald E. Proctor Jr
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE. 19977



TM [signature]
SBI# 16330   UNIT MBU
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk
US District Court
844 King St Lockbox 18
Wilm DE
19801

WILMINGTON DE 197
24 MAY 2007 PM 2 L