IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-133-JJF |
| STANLEY TAYLOR, et al., | : |
| Defendants. | : |

### ORDER

WHEREAS, on April 9, 2007, Defendant filed a Motion For Summary Judgment (D.I. 46);

WHEREAS, Plaintiff's Answering Brief to the Motion For Summary Judgment was due April 26, 2007;

WHEREAS, on May 2, 2007, the Court ordered Plaintiff to file an Answering Brief to the Motion no later than Friday, May 11, 2007 (D.I. 48);

WHEREAS, the Order was returned as undeliverable because Plaintiff failed to notify the Court of his change of address, and the Order was mailed to Sussex Correctional Institution rather than the Delaware Correctional Center where pro se Plaintiff is currently incarcerated;

WHEREAS, Plaintiff has failed to file an Answering Brief to the Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff shall file an Answering Brief to the Motion **no later than Friday, July 13, 2007.** If Plaintiff fails to file a response, the Court will decide the Motion on the papers submitted.

June 29, 2007

_____
UNITED STATES DISTRICT JUDGE