```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF DELAWARE
```

RONALD E. PROCTOR, JR.,         :
                                :
        Plaintiff,              :
                                :
    v.                          :    Civil Action No. 05-133-JJF
                                :
STANLEY TAYLOR, et al.,         :
                                :
        Defendants.             :

## ORDER

WHEREAS, on May 25, 2007, Plaintiff filed his third Motion To Appoint Counsel (D.I. 52);

WHEREAS, the Court denied the Plaintiff's first and second motions to appoint counsel because the factors to consider did not weigh in favor of appointing counsel;

WHEREAS, additionally, the Court has very limited authority concerning "appointment" of counsel, and in fact, by statute the Court may only "request" an attorney to represent a party (28 U.S.C. § 1915(e)(1) (providing that "[t]he court may request an attorney to represent any person unable to afford counsel"); Montgomery v. Pinchak, 294 F.3d 492, 498 (3d Cir. 2002));

WHEREAS, even if the Court chose to liberally construe the pro se Plaintiff's Motion as a Motion For Reconsideration of the Court's denial of Plaintiff's first and second motions, Plaintiff has not identified an error of law or fact, newly discovered evidence, or manifest injustice sufficient to allow the Court to grant such a motion for reconsideration;

NOW THEREFORE, IT IS HEREBY ORDERED that, for the reasons discussed in the Court's Memorandum Order (D.I. 44) with respect to the first Motion To Appoint Counsel, Plaintiff's third Motion To Appoint Counsel (D.I. 52) is **DENIED**.

July 27, 2007                                      _____
                                                   UNITED STATES DISTRICT JUDGE