IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RONALD E. PROCTOR, JR., | : |
|     Plaintiff, | : |
| v. | : Civ. Action No. 05-133-JJF |
| LT. F. SEACORD, SGT. JOHN DOE, CAPT. C. SEGARS, DEP. WARDEN PEARCE, WARDEN T. CARROLL, COMM. OF CORR. S. TAYLOR, BRIAN ENGREM, AND CPT. F. KROMKA, | : |
|     Defendants. | : |

## O R D E R

At Wilmington, this 17 day of January, 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. Defendants' Motion For Summary Judgment (D.I. 46) is **GRANTED**.

2. The Clerk of the Court is directed to enter judgment in favor of Defendants and against Plaintiff.

                                            */s/ Joseph J. Farnan*
                                          UNITED STATES DISTRICT JUDGE