```
                            IN THE UNITED STATES DISTRICT COURT

                               FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,         :
                                :
        Plaintiff,              :
                                :
    v.                          : Civ. Action No. 05-133-JJF
                                :
LT. F. SEACORD, SGT. JOHN DOE,  :
CAPT. C. SEGARS, DEP. WARDEN    :
PEARCE, WARDEN T. CARROLL,      :
COMM. OF CORR. S. TAYLOR,       :
BRIAN ENGREM, AND CPT. F.       :
KROMKA,                         :
                                :
        Defendants.             :
```

### JUDGMENT IN A CIVIL CASE

For the reasons stated in the Court's Memorandum Opinion and Order issued on January 17, 2008;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2008

_____
(By) Deputy Clerk